IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

```
FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 03 2023

KEVIN R. WEIMER, Clerk
By: _____ Deputy Clerk
```

JACQUELINE EVERSON,    )
                       )
        Plaintiff      )
                       )
v.                     )
                       )
                       )
                       )
                       )
THE COCA-COLA COMPANY, )
                       )    CIVIL ACTION NO: _____
LIBERTY MUTUAL INSURANCE COMPANY )
                       )    **1:23-CV-2947**
        Defendant.     )
                       )

CERTIFICATE OF SERVICE

I hereby certify that on this 3rd Day of July, 2023, I filed PLAINTIFF'S ORIGINAL

COMPLAINT in this Claim with the Clerk for The Northern District of Georgia, Atlanta

Division. I certify that I have this day served pro se Defendant, The Coca-Cola Company and

Liberty Mutual Insurance Company, in the foregoing matter with a copy of the above said

Plaintiff's Original Complaint, by causing a copy of same to be deposited in the United States

Mail, postage prepaid and addressed as follows:


Corporation Service Company          Corporation Service Company
c/o The Coca-Cola Company            c/o Liberty Mutual Insurance Company
2 Sun Court, Suite 400               84 State Street
Peachtree Corners, GA 30092          Boston, MA 02109


                                     JACQUELINE EVERSON
                                     1530 Locust Log Way
                                     Austell, Georgia 30168
                                     Plaintiff

- 1 -