# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| JACQUELINE R. EVERSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. |
| THE COCA-COLA COMPANY, | ) | 1:23-cv-02947-MLB-CMS |
| LIBERTY MUTUAL INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT THE COCA-COLA COMPANY'S MOTION TO DISMISS**

Defendant The Coca-Cola Company moves to dismiss Plaintiffs' Complaint with prejudice under Rule 12(b)(6) of the Federal Rules of Civil Procedure. The basis for this Motion and the supporting authorities are set forth in the contemporaneously filed Memorandum of Law.

WHEREFORE, Defendant The Coca-Cola Company moves for an Order dismissing Plaintiffs' Complaint with prejudice.

Respectfully submitted this 4th day of August, 2023.

/s/ Darren A. Shuler
Darren A. Shuler (Ga. Bar No. 644276)
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Fax: (404) 572-5100
Email:  dshuler@kslaw.com

*Attorneys for Defendant The Coca-Cola Company*

## <u>CERTIFICATE OF COMPLIANCE</u>

I hereby certify, in compliance with Local Rule 5.1(C), that the foregoing pleading has been prepared using 14-point Times New Roman font, with a top margin of not less than 1.5 inches and a left margin of not less than 1 inch.

*/s/ Darren A. Shuler*

Darren A. Shuler

Georgia Bar No. 644276

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 4, 2023, I electronically filed the foregoing

document with the Clerk of the Court using the CM/ECF and mailed a copy to:

Jacqueline R. Everson
1530 Locust Log Way
Austell, GA  30168

This 4th day of August, 2023.

*/s/ Darren A. Shuler*
Darren A. Shuler
Georgia Bar No. 644276