# EXHIBIT A

# Pension Plan
# Summary Plan Description

The Coca-Cola Company

**As Amended and Restated Effective as of January 1, 2010**

2

1/1/10

# Table of
# Contents

**Page**

**Introduction** ..................................................................................................................... 1

**Your Total Benefit** .......................................................................................................... 3

**Plan Participation and Funding** ..................................................................................... 4
Plan participation.................................................................................................................. 4
Plan funding ......................................................................................................................... 5

**What "Service" Means** .................................................................................................... 6
Eligibility service.................................................................................................................. 6
Vesting service..................................................................................................................... 7
Benefit service...................................................................................................................... 8
Disability service .................................................................................................................. 9
Special circumstances affecting your service ..................................................................... 10
If you return to work for the Company................................................................................. 10
If you move to a participating subsidiary ............................................................................ 11
Applying for service recognition ......................................................................................... 11

**What "Compensation" Means** ........................................................................................ 12

**Your Cash Balance Benefit** ........................................................................................... 14
Cash balance account......................................................................................................... 14
Pay credits........................................................................................................................... 14
Pay credits following age 18 and one year of eligibility service requirements..................... 15
Rule of 55 transition pay credits.......................................................................................... 15
If you terminate employment during a plan year.................................................................. 15
Interest credits..................................................................................................................... 16
Cash balance benefit .......................................................................................................... 16

**Your Final Average Earnings Benefit**............................................................................ 18
What determines your FAE benefit amount? ....................................................................... 18
Your benefit service ............................................................................................................ 18
Your disability service ......................................................................................................... 18
Your final average compensation ........................................................................................ 18
Your compensation ............................................................................................................. 19
Your covered compensation ................................................................................................ 19
How your FAE benefit is calculated ..................................................................................... 20
The plan formulas ............................................................................................................... 20
Minimum accrued benefit .................................................................................................... 21
Offsets................................................................................................................................. 21
CCE plan transfers.............................................................................................................. 21
Hightstown offset................................................................................................................. 21
Temporary income ............................................................................................................... 22

**Transition Benefits**........................................................................................................ 24
FAE Grandfathered Participant ........................................................................................... 24
Pay Transition Participant ................................................................................................... 24

**When Benefits Will Be Paid**........................................................................................... 26
Normal retirement ............................................................................................................... 26

i

Early retirement ................................................................................................................ 26
Delayed retirement .......................................................................................................... 27
Keeping informed ............................................................................................................ 27
Termination of employment ............................................................................................ 27

**How Benefits Are Paid** ................................................................................................ 28
Normal form of benefit .................................................................................................... 29
Optional payment methods ............................................................................................. 29
Life benefit ...................................................................................................................... 29
50% joint & survivor benefit ........................................................................................... 29
75% joint & survivor benefit ........................................................................................... 30
100% joint & survivor benefit ......................................................................................... 31
Special rules for survivor annuity elections .................................................................... 32
Single lump sum payment ............................................................................................... 32
Payment of smaller amounts ........................................................................................... 33
Benefit restrictions due to funding .................................................................................. 34

**If You Become Disabled** ............................................................................................. 35
How benefits are calculated ........................................................................................... 35
When benefits are payable ............................................................................................. 35
A calculation including disability service ......................................................................... 36
What happens when your disability ends ........................................................................ 36

**If You Leave Before Retirement** ................................................................................. 38
Normal retirement for terminated vested participants ..................................................... 38
Early retirement for terminated vested participants ........................................................ 38
Keeping informed ............................................................................................................ 39
When benefits are not paid ............................................................................................. 39

**Benefits Upon Your Death** .......................................................................................... 40
Who is eligible ................................................................................................................ 40
Benefits if you are married .............................................................................................. 40
Benefits if you are unmarried .......................................................................................... 42
Payment of smaller amounts ........................................................................................... 42

**If You Return to Work After Benefits Commence** ..................................................... 43

**Paying Taxes on Your Benefits** ................................................................................. 44
Tax information for monthly annuity payments ................................................................ 44
Tax information for lump sum payments .......................................................................... 44

**Filing a Claim for Benefits** ........................................................................................ 45
If a claim is denied .......................................................................................................... 45
Appeals process ............................................................................................................. 45

**Situations Affecting Your Plan Benefits** .................................................................. 47
Plan interpretation .......................................................................................................... 47
Plan amendments ........................................................................................................... 47
If the plan becomes "top-heavy". ................................................................................... 47
Assignment of benefits ................................................................................................... 47
Divorce and qualified domestic relations orders ............................................................ 47
Limits on benefits ........................................................................................................... 48
Other plans and programs .............................................................................................. 48

**If the Plan is Terminated** ............................................................................................ 49
Mergers, consolidations, and plan asset transfers ......................................................... 49
Pension Benefit Guaranty Corporation ........................................................................... 49

**2008 – 2011 Retirement Enhancement Program** ....................................................... 51

1/1/10

**Statement of ERISA Rights** ..................................................................... 53
Receive information about your plan and benefits........................................ 53
Prudent actions by plan fiduciaries ............................................................. 53
Enforce your rights ...................................................................................... 53
Assistance with your questions .................................................................... 54

**Plan Information**.......................................................................................... 55

**Glossary** ...................................................................................................... 56

iii

---

# **Introduction**

---

This is the Summary Plan Description for The Coca-Cola Company Pension Plan ("plan") effective January 1, 2010.  Prior to January 1, 2010, the plan was known as the Employee Retirement Plan of The Coca-Cola Company (the "prior plan").  It describes benefits for eligible employees and retirees of The Coca-Cola Company (the "Company") or a **participating subsidiary**, and former employees who are plan participants.

Certain portions of this summary regarding benefit formulas and calculations, certain compensation definitions, vesting and early retirement eligibility and other features may not apply to you if you have already retired or if your employment has terminated.  In those cases, and with regard to those provisions, the summary in effect at the time you retired or terminated would apply to those benefits previously accrued.

On January 1, 2010, the pension formula under the plan changed.  Prior to January 1, 2010, the plan's benefit formula provided a monthly benefit based on age, compensation, and length of service.  For convenience, this benefit is referred to as the "Final Average Earnings Formula."  Beginning January 1, 2010, the pension formula changed to a "Cash Balance Formula."  The Cash Balance Formula is based on a hypothetical account established under the plan for each eligible participant.  Amounts are credited to each eligible participant's account balance based on the participant's compensation and other factors.  Amounts representing interest are also credited to the account.

Your total retirement benefit under the plan is based on the sum of your benefits under two formulas - the vested benefit you accrued under the Final Average Earnings (or "FAE") Formula through December 31, 2009, plus your vested benefit you accrued under the Cash Balance Formula on or after January 1, 2010.  If you retired or terminated employment before January 1, 2010, your entire pension benefit will be based solely upon the vested benefit you accrued under the prior plan through December 31, 2009 using the Final Average Earnings Formula.

The plan has certain transition benefits to assist eligible employees who were employed on December 31, 2009, when the plan's benefit formula changed from the Final Average Earnings Formula to the Cash Balance Formula.  The summary describes these transition rules.

Certain participants who were employed on and eligible to retire on December 31, 2009 will be grandfathered in the Final Average Earnings Formula.  These participants are referred to in this summary as "FAE Grandfathered Participants".  The pension benefit for FAE Grandfathered Participants will not be less than the pension benefit they could have received if the Final Average Earnings Formula had continued in effect after December 31, 2009.  The benefit for FAE Grandfathered Participants is explained in more detail in a later section of this summary.  See the glossary for a definition of FAE Grandfathered Participant.

Nothing in this summary says or implies that participation in the plan is a guarantee of continued employment with the Company or a participating subsidiary.  Nor is it a guarantee that benefit levels will remain unchanged in future years.  The Company reserves the right to end, suspend or amend this plan at any time, in whole or in part.

1/1/10

2

While this summary describes the principal provisions of the plan, the administration of the plan is subject to the actual terms and provisions of the plan as set forth in the plan document.  This description is intended only to help you understand the plan, and can in no way be considered to modify the actual terms of the plan document.  If there is a conflict between the content of this summary and the official plan document, the plan document always governs.

The Statement of ERISA Rights and Plan Information summary describes your legal rights and provides legal and technical information about the plans.  Please review this information carefully.  It is an integral part of each of the Summary Plan Descriptions.

This summary is intended for use by and applies only to employees of the Company or participating subsidiaries.  An individual will be treated as an "employee" for purposes of this summary only if he or she is actually classified as an employee by the Company or participating subsidiary on its payroll, personnel and benefits system, and is paid for services rendered through the Company's or participating subsidiary's payroll system, as distinguished from its accounts payable department.  No other individual will be treated as an employee for purposes of this summary.

2

1/1/10

---

# <span style="color:red">Your Total Benefit</span>

---

As of January 1, 2010, benefits under the plan are based on two formulas.  If you are fully vested in your benefits when you terminate employment your benefits are based on the following amounts:

- The amount of benefit you earned as of December 31, 2009, under the Final Average Earnings Formula ("FAE benefit"); plus
- Your cash balance benefit for service on or after January 1, 2010 ("cash balance benefit").
- The sum of your FAE benefit and your cash balance benefit payable at age 65 is your accrued benefit.

When you are eligible to receive a distribution from the plan, you will receive a combined benefit from both parts.  The illustration below demonstrates how it works:

| Pre-January 1, 2010 benefit (Your "FAE benefit") | + | New cash balance benefit effective January 1, 2010 (Your "cash balance benefit") | = | Your "Total Benefit" |
|---|---|---|---|---|

Your cash balance benefit and your FAE benefit are described in separate sections of this summary, including sample calculations of how your benefit under each formula are determined.

- If you do not have an hour of service after January 1, 2010, your Total Benefits will be based only on the FAE benefit.
- If you are credited with an hour of service on or after January 1, 2010 and you are not an FAE Grandfathered Participant, your Total Benefits will be based on your FAE benefit plus your cash balance benefit.  Certain employees will be eligible for transition benefits that will assist in the transition from the FAE benefit to the new cash balance benefit.
- If you are an FAE Grandfathered Participant, your Total Benefits will never be less than the pension benefit you could have earned if the FAE benefit continued in effect after December 31, 2009.

3

1/1/10

# Plan Participation and Funding

**You participate if you are age 18 or older, with at least one year of service.  The Company pays the full cost of the plan.**

## Plan participation

You are eligible to participate in the plan if you:

(a)    are an employee of the Company or a participating subsidiary and

    (1)    you are a U.S. citizen,

    (2)    are an **international service associate** and a U.S. citizen or lawful permanent resident of the United States who was enrolled in the plan prior to your international assignment, or

    (3)    are a non-U.S. citizen on permanent assignment in the United States (excluding international service associates);

(b)    reach age 18; and

(c)    complete one year of eligibility service.

Except that you are not eligible to participate in the plan if you are:

- included in a unit of employees covered by a collective bargaining agreement, unless participation is agreed to by the collective bargaining representative and the Company or a participating subsidiary;

- classified as an intern, or seasonal or **leased employee**, as defined by your employer;

- earning benefits in another qualified Company-paid retirement plan other than a 401(k) plan;

- not receiving at least a portion of your compensation from the United States;

- not a U.S. citizen and you are classified as:

    - an international service associate, unless you are a lawful permanent residence of the United States, are included in the group described in (a)(2) above, and are not a participant in The Coca-Cola Export Overseas Retirement Plan or its successor plan;

    - a training, developmental or short-term assignment; or

4

1/1/10

- employed by a subsidiary which is a foreign affiliate or a foreign branch of a domestic subsidiary, and you are hired locally or transferred locally to such foreign affiliate or foreign branch, and you are participating in a foreign local retirement plan.

## Plan funding

The Company funds the full cost of the plan by making contributions to a trust.  The amount of the Company's contributions is determined with the help of an actuary.  An actuary is an independent expert who calculates how much money the Company must put into the fund to cover benefits provided by the plan.

5

1/1/10

# What "Service" Means

**The length of your service determines your eligibility to receive benefits and the amount of your benefits.**

In general, "service" means the length of time you work for the Company.

There are four types of service under the plan:

- eligibility service;
- vesting service;
- benefit service; and
- disability service.

Eligibility service and vesting service apply to both the Final Average Earnings Formula and the Cash Balance Formula.   In contrast, benefit service and disability service are terms used only in the Final Average Earnings Formula.  However, for convenience, all types of service are described in this section of the summary.

## Eligibility service

Eligibility service determines your eligibility to become a participant of the plan.  You become a participant upon completion of one year of eligibility service, provided you meet all other participation requirements of the plan.

Generally, eligibility service is counted from the date you are employed (the date you first perform an hour of service for the Company or reemployed by the Company) until your termination date.  Your termination date is the date you retire, are discharged, resign, or die.  If you are absent from service (with or without pay) for any other reason, your termination date is one year following the date your period of absence began.

You also will receive eligibility service credit for any period of absence that is less than twelve months, if you return to work within twelve months of your termination date.

Service as a contractor or non-employee worker may be counted, provided it qualifies as "leased employee" service.

Also, in some cases, service with certain subsidiaries or acquired entities may be counted.  For example, prior service with the following entities may be credited for eligibility purposes:

- Coca-Cola Enterprises Inc.;
- The Coca-Cola Bottling Company of New York, Inc.;
- Nestle, S.A. or its affiliates (but only with respect to periods of service prior to an employee transferring employment to Coca-Cola Nestle Refreshments Company,

6

Coca-Cola Nestle Refreshments Company U.S.A., or Coca-Cola Nestle Refreshments Company S.A.);

- Coca-Cola Beverages Ltd. (Canada) or its affiliates;
- Barq's, Inc.;
- Coca-Cola Amatil Limited;
- Coca-Cola FEMSA S.A. de C.V.;
- Cadbury Schweppes plc;
- Danone Waters of North America;
- Odwalla, Inc.;
- POKKA USA, Inc. (also known as American Canyon); and
- Philadelphia Coca-Cola Bottling Company.

If you have questions on whether your prior employment with the subsidiaries or acquired entities listed above count for eligibility service under the plan, contact the **Merrill Lynch Retirement Service Center** through the People Services Helpline at (404) 676-9677 or (800) 676-9677.

In determining whether an employee has one year of eligibility service, all periods of continuous service are aggregated and must equal at least 12 months.

### Vesting service

Vesting service determines your eligibility to receive a benefit under the plan. Vesting means you have a nonforfeitable right to a benefit under the plan, even if you leave the Company before reaching your **earliest retirement date**.

You become "vested" in your benefit upon completion of any of the following while employed:

- three years of vesting service;
- attainment of age 65 and one year of vesting service (if you were hired on or after January 1, 2010); or
- attainment of age 60 regardless of your years of vesting service (if you were hired before January 1, 2010).

Your years of vesting service under the FAE benefit as of December 31, 2009, also apply to the cash balance benefit. You become fully vested in your FAE benefit and your cash balance benefit at the same time.

Generally, vesting service is counted from the date you become an employee of the Company (the date you first perform an hour of service) until your termination date. Your termination date is the date you retire, are discharged, resign, or die. If you are absent from service (with or without pay) for any other reason, your termination date is one year following the date your period of absence began.

You may also receive vesting service credit for:

- any period of absence beyond one year that is not an approved absence if you resume employment within one year after your termination date (i.e., you must return within two years after your approved absence began);

7

- any period of a maternity or paternity leave that extends beyond two years if you resume employment within one year after your termination date (i.e., you must return within three years after your maternity or paternity leave began);
- for people who became **disabled** on or before December 31, 2009, all periods prior to age 65 during which you are continuously disabled;
- any period of approved leased employee service;
- any service with an entity designated by the **Committee** as a **designated aligned bottler**

Also, in some cases, service with certain subsidiaries or acquired entities may be counted.  For example, prior service with the following entities may be credited for vesting purposes:

- Coca-Cola Enterprises Inc.;
- The Coca-Cola Bottling Company of New York, Inc.;
- Nestle, S.A. or its affiliates (but only with respect to periods of service prior to transferring employment Coca-Cola Nestle Refreshments Company, Coca-Cola Nestle Refreshments Company U.S.A., or Coca-Cola Nestle Refreshments Company S.A.;
- Coca-Cola Beverages Ltd. (Canada) or its affiliates;
- Barq's, Inc.;
- Coca-Cola Amatil Limited;
- Coca-Cola FEMSA S.A. de C.V.;
- Cadbury Schweppes plc;
- Danone Waters of North America;
- Odwalla, Inc.;
- POKKA USA, Inc. (also known as American Canyon); and
- Philadelphia Coca-Cola Bottling Company.

If you have questions on whether your prior employment with the subsidiaries or acquired entities listed above count for vesting service under the plan, contact the Merrill Lynch Retirement Service Center through the People Services Helpline at (404) 676-9677 or (800) 676-9677.

Years of vesting service are computed in whole and partial years.  Complete calendar months of vesting service are treated as 1/12 year.  All non-continuous partial months are aggregated into whole 30-day months that are then each treated as 1/12 year; any remaining days are counted as 1/12 year.

### Benefit service

**No benefit service will be earned for any period of employment on or after January 1, 2010, except for determining the FAE Grandfathered Participant's FAE benefit.**

Benefit service determines the amount of your benefit under the Final Average Earnings Formula.  Generally, benefit service is counted in the same way as vesting service.  However, you do not earn benefit service for the following periods:

- any period during which you earn disability service;

8

- absences extending beyond one year;

- any period after your termination date;

- generally, any period of service with a subsidiary or acquired entity that is not a participating subsidiary;

- any service as a leased employee;

- generally, periods during which you earn a vested benefit under other qualified retirement plans sponsored by the Company or its subsidiaries;

- any service with an entity designated by the Committee as a designated aligned bottler;

- any period of an approved absence extending beyond one year if the approved absence ends as a result of termination of employment (other than death or disability) prior to your earliest retirement date; and

- any period of employment on or after January 1, 2010, except for determining the FAE Grandfathered Participant's FAE benefit.

An FAE Grandfathered Participant's FAE benefit will be determined by including benefit service earned on or after January 1, 2010 using the rules described above.

Years of benefit service are computed in whole and partial years.  Complete calendar months of benefit service are treated as 1/12 year.  All non-continuous partial months are aggregated into whole 30-day months that are then each treated as 1/12 year; any remaining days are counted as 1/12 year.

## Disability service

**No disability service will be earned for any period of employment on or after January 1, 2010, except for determining the FAE Grandfathered Participant's FAE benefit.**

Disability service determines the amount of your FAE benefit earned during periods of **disability**.  You will earn disability service beginning on the date you incur a disability and cease to receive compensation from the Company, and continuing until the earlier of (1) date you are no longer disabled, or (2) you begin to receive retirement benefits under the plan.  Provided, however, you will not receive disability service credit for the following periods:

- any period during which you would be eligible to receive Social Security disability benefits, upon proper application;

- any period after your termination date; and

- any period of employment on or after January 1, 2010, except for determining the FAE Grandfathered Participant's FAE benefit.

9

If you are an **FAE Grandfathered Participant** and became disabled before January 1, 2010, your FAE benefit will be determined by including disability service earned on or after January 1, 2010 using the rules described above.

If you are an FAE Grandfathered Participant and become disabled after December 31, 2009, you will have a termination date on the third anniversary of the date you became disabled (unless you return to active employment before the end of the three-year period). This means that you will stop earning disability service after three years of disability. For an FAE Grandfathered Participant who became disabled prior to December 31, 2009, this three year rule does not apply.

Years of disability service are computed in whole and partial years. Complete calendar months of disability service are treated as 1/12 year. All non-continuous partial months are aggregated into whole 30-day months that are then each treated as 1/12 year; any remaining days are counted as 1/12 year.

## Special circumstances affecting your service

### If you return to work for the Company

(a)     If you were vested in the plan when you left the Company, and later return to work, participation as well as vesting and benefit service resume with your reemployment. All vesting and benefit service that you earned prior to leaving the Company is restored.

(b)     If you were a participant in the plan, but not vested when you left the Company, participation does not always resume immediately upon reemployment.

Your participation will resume immediately and your prior vesting and benefit service will be restored if your termination date was:

*After January 1, 1976 and before January 1, 1985, and*
- you were away 12 months or less. Your vesting service is treated as continuous from your original date of hire; or
- you were away more than 12 months, but your period of absence was less than your previous service credit.

*After December 31, 1984, and*
- you were away 12 months or less. Your vesting service is treated as continuous from your original date of hire; or
- you were away more than 12 months, but your period of absence was less than (1) your previous service credit, or (2) five years.

If your previous service cannot be restored, you must complete one year of eligibility service before you can again participate in the plan.

Remember that, unless you are an FAE Grandfathered Participant, you no longer earn benefit service or disability service on or after January 1, 2010.

1/1/10

### If you move to a participating subsidiary

If you move from the Company to a participating subsidiary, you will continue to earn both vesting and benefit service.

If you move from the Company to a nonparticipating subsidiary, you may continue to earn vesting service, but you will not earn additional benefit service.

If you move to the Company or a participating subsidiary from a nonparticipating subsidiary, the years you worked for the nonparticipating subsidiary may count as eligibility and vesting service.  However, you will receive benefit service only for the time you worked for the Company or participating subsidiary.

Remember that, unless you are an FAE Grandfathered Participant, you no longer earn benefit service or disability service on or after January 1, 2010.

## Applying for service recognition

If you were employed by a temporary or leasing organization, and want to find out if your service qualifies as leased employee service, or if your prior service includes time worked at a subsidiary, acquired entity, or affiliate of the Company, you must complete a Service Recognition Form.  This form can be found on the Company's intranet site, my KO.  If you do not have computer access, you may request a printed copy of the form by contacting the Merrill Lynch Retirement Service Center through the People Services Helpline at (404) 676-9677 or (800) 676-9677.

1/1/10

# What "Compensation" Means

For purposes of the plan, "compensation" includes all taxable compensation you receive from the Company or a participating subsidiary that is subject to U.S. income tax withholding.  Compensation also includes before-tax contributions you make to the 401(k) plan, to the Company's health and welfare benefits plan and to certain other plans.

"Compensation" does not include the following items (even if taxable and subject to U.S. income tax withholding):

- amounts deferred under or paid from a non-qualified deferred compensation plan other than any deferred compensation payable under a formal incentive arrangement;

- all severance payments;

- tuition, relocation, and other expense reimbursements;

- taxable income from excess group life insurance;

- taxable income from stock option transactions and restricted stock transactions (including performance share units);

- welfare benefits;

- cash and noncash fringe benefits;

- extraordinary remuneration associated with an international assignment (including, but not limited to, tax equalization payments, mobility allowances, and housing allowances);

- remuneration or other amounts paid after the participant ceases to be an employee other than "Limited Post-Termination Pay" (as defined below);

- extraordinary remuneration related to separation of employment or transition of employment;

- hiring bonuses and any other extraordinary remuneration in conjunction with or related to hiring or transfer;

- make-whole payments; and

- ex gratia payments.

1/1/10

As noted above, amounts paid after the participant ceases to be an employee is not included in compensation other than "Limited Post-Termination Pay". Limited Post-Termination Pay means compensation and remuneration that satisfies the following conditions:

- The payment represents regular compensation for services rendered during the participant's regular working hours (wages or salary and including accrued vacation, sick leave and paid time off), regular compensation for services rendered to an Employer outside the participant's regular working hours (overtime or shift differential) or commissions. Limited Post-Termination Pay does not include bonuses, incentive pay or other similar irregular payments;

- The payment was for services rendered prior to the date the participant ceased to be an Employee of an Employer;

- The payment is made no later than the last day of the calendar month following the calendar month in which the participant ceases to be an Employee of an Employer;

- The payment would have been paid to the participant prior to his or her termination of Employment if the participant had continued in Employment with an Employer; and

- The payment is not an otherwise excluded item of compensation (e.g., the compensation is not identified as specifically excluded in the list above).

Also, in accordance with federal law, any compensation in excess of $245,000 per year (for 2010, and as adjusted periodically for inflation) is not recognized as eligible compensation in your benefit calculation.

13

1/1/10

# Your Cash Balance Benefit

*The cash balance benefit formula determines your benefit beginning January 1, 2010. Prior to January 1, 2010, your benefit accrued under the FAE formula.*

*The amount of your accrued benefit under the plan's Cash Balance Formula depends on your pay credits and interest credits.*

### Cash balance account
Beginning January 1, 2010, your benefit under the plan is earned under the Cash Balance Formula. Your benefit under the Cash Balance Formula is credited to your cash balance account. This is a hypothetical account that is used to keep track of the amount of benefit you have earned under the Cash Balance Formula. Your cash balance account will be credited each year with pay credits and interest credits as described below. Your benefit under the Cash Balance Formula on any date is the value of your cash balance account. Your cash balance account has an initial value of zero dollars.

### Pay credits
As of the end of each **plan year**, you receive an annual Pay Credit equal to a percentage of your compensation paid to you while you are a **Pension Eligible Participant**. The term "Pension Eligible Participant" is defined more completely in the plan document and the glossary at the end of this summary. In general, a Pension Eligible Participant is one who has satisfied all eligibility requirements to participate in the plan and is actively employed or in another approved category. Compensation paid to you while you are not a Pension Eligible Participant is ignored for purposes of determining your Pay Credit. The percentage of your compensation credited as a Pay Credit depends on your age as of the beginning of the plan year as shown in the following chart.* As your age increases, the corresponding percentage of your compensation credited as a Pay Credit also increases.

| Age as of the beginning of the Plan Year | Percentage of Compensation Credited as a Pay Credit |
| --- | --- |
| Younger than age 35 | Three percent |
| Age 35 or older but younger than age 40 | Four percent |
| Age 40 or older but younger than age 45 | Five percent |
| Age 45 or older but younger than age 50 | Six percent |
| Age 50 or older but younger than age 55 | Seven percent |
| Age 55 or older | Eight percent |

14

1/1/10

    \*   The Company may establish a separate schedule of pay credits applicable to employees acquired as a result of a merger, stock purchase, asset purchase, business combination, outsourcing transaction or any similar transaction.

The first Pay Credit will be credited to your cash balance account during the 2010 plan year or, if later, the year in which you first become a Pension Eligible Participant.

**Pay credits following age 18 and one year of eligibility service requirements**
As described in the section of the summary entitled "Plan Participation and Cost", an Employee must both attain age 18 and complete one year of eligibility service to participate in this plan. However, upon completing both requirements and becoming eligible to participate in the plan, the participant will receive retroactive pay credits on compensation paid to the participant during the portion of the plan year(s) beginning on the later of the attainment of age 18 or the beginning of the participant's year of eligibility service and ending on December 31 of such plan year.

**Example**.  You are older than age 18 when you are rehired on April 1, 2010.  You complete your year of eligibility service on March 31, 2011.  Upon becoming eligible to participate in the plan, you are entitled to a Pay Credit for compensation paid by the Employer from April 1, 2010 to December 31, 2010.  In addition, at the end of 2011, you will also be entitled to a Pay Credit on compensation paid during the 2011 plan year (assuming you were a Pension Eligible Participant.)

**Rule of 55 transition pay credits**
If you are a Pension Eligible Participant as of December 31, 2009 and your age (years and months) and whole and partial years of Vesting Service as of such date is equal to or exceeds 55 (without rounding) as determined by the plan's recordkeeping system, you are a Rule of 55 Transition Participant.  As such, you will receive the Rule of 55 Transition Pay Credit which is equal to two percent of your compensation paid during the plan year while you were a Pension Eligible Participant.

**Example**.  You are a Rule of 55 Transition Participant and you are age 54 at the beginning of the 2010 plan year.  You earn compensation of $40,000 during the 2010 plan year.  At the end of the plan year, you will have a Pay Credit of seven percent and a Rule of 55 Transition Pay Credit of two percent for a total Pay Credit of $3,600 ($40,000 x nine percent).  During the 2011 plan year you earn compensation of $42,000 and you are age 55 as of the beginning of the 2011 plan year. At the end of the 2011 plan year, you will have a Pay Credit of eight percent and a Rule of 55 Transition Pay Credit of two percent for a total Pay Credit of $4,200 ($42,000 x ten percent).

If you have a termination date and are subsequently rehired, you will continue to be considered a Rule of 55 Transition Participant, but only if you are a Pension Eligible Participant upon rehire. Accordingly, upon rehire, you continue to be entitled to the additional two percent Pay Credit.

**If you terminate employment during a plan year**
If you terminate employment during a plan year, pay credits and, if applicable, Rule of 55 Transition Pay Credits, are credited as soon as administratively feasible after you terminate, rather than at the end of the plan year.

If you have a termination date and are subsequently rehired within the same year and you are a Pension Eligible Participant upon rehire, you will again become eligible to receive pay credits.

15

**Example**.  You are age 55 as of the beginning of the plan year and you had a termination date on June 15, 2010.  From January 1, 2010 to June 15, 2010 you received compensation of $30,000.  You are a Rule of 55 Transition Participant and are entitled to a Pay Credit of eight percent plus a Rule of 55 Transition Pay Credit of two percent.  Accordingly, following your termination date, your cash balance account is credited with $3,000 (ten percent of $30,000).  You are rehired on November 10, 2010 and received compensation while employed in a Pension Eligible Position of $5,000 from November 10, 2010 to December 31, 2010.  As of December 31, 2010, your cash balance account will be credited with an additional $500 in pay credits (ten percent of $5,000).

### Interest credits

As of the end of each plan year, your cash balance account will be credited with interest based on the balance in your cash balance account on January 1 of the plan year.  Interest credits will be added to your cash balance account each year until your benefit commencement date, even if you have terminated employment.  You will not receive an Interest Credit for 2010 since your cash balance account as of the January 1, 2010 is zero.

Your benefit commencement date is the date that you begin to receive payments as an annuity or, if you receive a lump sum, the date of the lump sum payment.

The Interest Credit for any plan year is the product of the annual interest rate multiplied by your cash balance account as of the first day of such plan year.  For 2010, the annual interest rate is 3.8 percent.  The Interest Credit rate is subject to change based on future IRS guidance.

### Cash balance benefit

If you receive your benefit under the plan in the form of a lump sum, your Cash Balance Benefit is equal to the amount credited to your cash balance account as of your benefit commencement date.

If you receive your benefit under the plan in the form of an annuity, your Cash Balance Benefit is the monthly amount which is the actuarial equivalent to your cash balance account as of your benefit commencement date.  Equivalent amounts are determined using actuarial assumptions set forth in the plan document.

> **Example.**  Assume you are age 54 and earn $40,000 in compensation for the 2010 plan year. You are also a Rule of 55 Transition Participant. In 2011, you earn $45,000 in compensation.

For 2010, you receive a 7% Pay Credit plus an additional 2% Rule of 55 Transition Pay Credit. For 2011, you receive an 8% Pay Credit and an additional 2% Rule of 55 Transition Pay Credit. Solely for purposes of this example, assume the annual interest rate for 2011 is 3.8%.

16

1/1/10

**January 1, 2010 to December 31, 2010**

| Pay Credit (12/31/2010) | Rule of 55 Transition Pay Credit (12/31/2010) | Interest Credit (12/31/2010) | Total 2010 Contributions | End of Year Cash Balance Account |
|---|---|---|---|---|
| $2,800 ($40,000 x 7%) | $800 ($40,000 x 2%) | $0* | $3,600 | $3,600 |

- *The Interest Credit is determined based on your cash balance account as of the first day of the plan year.  On January 1, 2010, the first day of the plan year, you had a zero balance in your cash balance account so you receive no Interest Credit for 2010.*

**January 1, 2011 to December 31, 2011**

| Annual Pay Credit (12/31/2011) | Rule of 55 Transition Pay Credit (12/31/2011) | Interest Credit (12/31/2011) | Total 2011 Contributions | End of Year Cash Balance Account |
|---|---|---|---|---|
| $3,600 ($45,000 x 8%) | $900 ($45,000 x 2%) | $136.80 ($3,600 x 3.8%)* | $4,636.80 ($3,600 + $900+ $136.80) | $8,236.80 ($4,636.80 +$3,600) |

\*    *The Interest Credit is computed using your cash balance account as of the first day of the plan year. On January 1, 2011, you had a $3,600 balance in your cash balance account. 3.8 percent is used only for simplicity in this example.*

1/1/10

# Your Final Average Earnings Benefit

***The Final Average Earnings Formula is used to determine your accrued benefit prior to January 1, 2010.  The Cash Balance Formula applies to determine your benefit beginning January 1, 2010.***

***The amount of your accrued benefit under the plan's Final Average Earnings Formula depends on your age, compensation, and length of service.***

### What determines your FAE benefit amount?

The amount of your FAE benefit is determined by these factors:
- your benefit service and disability service, if any;
- your final average compensation; and
- your covered compensation.

Unless you are an FAE Grandfathered Participant, your benefit service and disability service earned on or after January 1, 2010 are ignored.

### Your benefit service

Your benefit service is described in detail in the previous section entitled "Benefit service".

### Your disability service

Your disability service is described in detail in the previous section entitled "Disability service".

### Your final average compensation

Your final average compensation is your average compensation for your five consecutive highest-paid years (or actual number if less) during the last 11 consecutive years (or actual number if less) in which you earned vesting service.  Here is an example that assumes you retire on January 1, 2011.

| Year | Compensation | Year | Compensation |
|------|-------------|------|-------------|
| 2000 | $33,600 | 2006 | $42,800 |
| 2001 | $35,000 | 2007 | $44,500 |
| 2002 | $36,500 | 2008 | $46,250 |
| 2003 | $38,000 | 2009 | $48,000 |
| 2004 | $39,400 | 2010 | $50,000 |
| 2005 | $41,000 |  |  |

18

1/1/10

The total pay for the five consecutive highest-paid years (2006 through 2010) equals $231,550. The final average compensation for that period equals one-fifth of that amount, or $46,310.

**Note:**  The final year in which you earn vesting service will be treated as a complete calendar year, even if you only received compensation for part of that year.  During each other partial year in which you earn vesting service, your regular monthly base salary (to the extent it would otherwise be included) will be deemed to have been paid to you in each of the remaining months.  Any bonuses, incentives, hiring payments, termination payments (excluding serial severance payments), or other extraordinary remuneration will be excluded in determining your deemed pay.

> **Your compensation** Unless you are an FAE Grandfathered Participant or unless you are a "**Pay Transition Participant**" (described below), the plan ignores compensation or average compensation earned on or after January 1, 2010 and ignores any increase in covered compensation on or after January 1, 2010.  An FAE Grandfathered Participant and a Pay Transition Participant will both have compensation earned after January 1, 2010 included in determining their FAE benefit.
>
> The definition of compensation applicable to compensation earned on or after January 1, 2010 is described in detail in the previous section entitled "What Compensation Means".
>
> **Your covered compensation**
> Your covered compensation is the average of the Social Security taxable wage bases for the 35 years ending with the year of your Social Security retirement age.
>
> Your Social Security retirement age is the age you can retire and receive full Social Security benefits.  Your Social Security retirement age depends on your year of birth as follows:

| YOUR SOCIAL SECURITY | |
| --- | --- |
| *If You Were Born* | *Retirement Age Is* |
| Before 1938 | 65 |
| 1938 through 1954 | 66 |
| After 1954 | 67 |

> A FINAL NOTE:  Benefits provided under this plan do not affect the amount you are entitled to receive from Social Security.  You can collect in full any Social Security benefits you are eligible to receive.  If Social Security benefits increase after retirement, your benefit from the plan will not be reduced.  You will always get the full amount calculated at retirement plus any increase in Social Security benefits.

19

### How your FAE benefit is calculated

Generally, your FAE benefit is expressed as a monthly amount payable for your lifetime beginning at your normal retirement date (age 65).  Your cash balance benefit is expressed as an account balance payable in a lump sum beginning at your normal retirement date.  The combination of your FAE benefit and your cash balance benefit is referred to as your "accrued benefit."

Your accrued benefit attributable to the FAE benefit is calculated according to a specific formula that takes into account your benefit service, and, if applicable, disability service, final average compensation, and covered compensation.

### The plan formulas

Your monthly FAE accrued benefit is calculated as the greater of two formulas, subject to any applicable offsets:

#### The first formula

| |
|---|
| 1.1% of final average compensation up to and including covered compensation |
| **PLUS** |
| 1.5% of final average compensation in excess of covered compensation |
| **TIMES** |
| your benefit service (limited to 35 years) |
| **PLUS** |
| 1.45% of final average compensation times your benefit service in excess of 35 years |
| **PLUS** |
| 1.5% of final average compensation times your disability service (limited to 35 years) |
| **DIVIDED BY 12** |

20

**The second formula (minimum benefit formula)**

---

your benefit service plus your disability service

**TIMES**

$60

**DIVIDED BY 12**

---

**Minimum accrued benefit**

Because the plan is subject to change, the plan guarantees that your accrued benefit will always be equal to at least the accrued benefit that you had earned under any previous version of the plan or under any special program for which you were eligible, qualified and vested.

**Offsets**

Your accrued benefit will be reduced:
- by any benefits previously received from this plan;
- by the employer portion of any benefits for the same period of service from another retirement plan to which the Company has contributed (other than a Company- sponsored thrift plan);
- for certain old age, termination, premium or bonus payments required to be made by the Company to you under foreign laws, or to which you are eligible and the Company has contributed; or
- for certain amounts paid from the Coca-Cola Enterprises Inc. Employees' Pension Plan as described below and for certain amounts paid from the International Brotherhood of Teamsters Local 11 Pension Plan as described below.

**CCE plan transfers**

If your plan benefit was transferred to the retirement plan of Coca-Cola Enterprises Inc. effective December 31, 1988 and you have subsequently become reemployed by the Company, special provisions apply to your accrued benefit calculation.  The effect of these provisions is to provide a benefit for your service with the Company and your service with Coca-Cola Enterprises Inc. prior to January 1, 1989 that is at least equal to that provided under this plan.  Contact the Merrill Lynch Retirement Service Center through the People Services Helpline at (404) 676-9677 or (800) 676-9677 for specific information.

**Hightstown offset**

Your FAE benefit will be offset by the monthly amount you receive from the International Brotherhood of Teamsters Local 11 Pension Plan based on you periods of service through April 5, 2001.

1/1/10

**Temporary income**

Because you are not eligible to receive Social Security retirement benefits until age 62, the plan provides "temporary income" if you begin receiving retirement benefits before age 62.  The amount of temporary income paid monthly is determined by this formula:

| |
|---|
| your benefit service plus your disability service |
| **TIMES** |
| $18 |

This benefit continues until you reach age 62 or you die, whichever is earlier.

Neither **terminated vested participants** nor **joint participants**/beneficiaries are eligible for temporary income.

Remember that other than FAE Grandfathered Participant's you no longer earn benefit service or disability service on or after January 1, 2010.

22

**An example**

Because the amount of your FAE benefit depends on all the factors described above, it is impossible to determine your exact FAE benefit until you retire or terminate employment with the Company.  However, the following example should help you understand how your accrued benefit is calculated.

Suppose you retire at age 65 with 25 years of benefit service and no years of disability service.  For purposes of this example, your final average compensation is $80,000 and your covered compensation is $50,000.  Here is how your FAE benefit would be figured:

| | |
|---|---|
| 1.1% of final average compensation up to and including covered compensation ($50,000) | $550.00 |
| **PLUS** | |
| 1.5% of final average compensation in excess of covered compensation ($30,000) | $450.00 |
| **TIMES** | |
| your benefit service | x  25 |
| **EQUALS** | $25,000.00 |
| **PLUS** | |
| 1.5% of final average compensation times your disability service | $0 |
| **TOTAL** | $25,000.00 |
| **DIVIDED BY** | |
| **12** | ÷   12 |
| **EQUALS** | $2,083.33 |

In this example, your monthly FAE benefit from the plan, if taken as a life annuity at age 65, would be $2,083.33.  And remember, you also may receive Social Security benefits when you retire.  Please see the section "How Benefits Are Paid" for information on other forms of payment and how they affect the amount of your monthly benefit. Your cash balance benefit at age 65 will be added to this amount after an actuarial conversion to an immediate life annuity.  In this example if someone also had a $50,000 cash balance benefit, an additional $347.22 would be added to the $2,083.33 for a total life annuity of $2,430.55.  The factors used to convert the cash balance benefit to an annuity will change based on age and the year the benefit commences.

23

1/1/10

---

# **Transition**
# **Benefits**

---

As explained earlier, in general, the FAE benefit will cease to apply and your future benefit accruals will no longer accrue under the Final Average Earnings Formula effective December 31, 2009. However, there are two important transition rules that, if applicable, will allow future changes to your FAE benefit as of December 31, 2009.

## **FAE Grandfathered Participant**

An "FAE Grandfathered Participant" will have a pension benefit based on the greater of (1) or (2) below:

(1)  The participant's FAE benefit (prior plan formula).  For this purpose, the FAE Grandfathered Participant's average compensation, years of benefit service, years of disability service, compensation and covered compensation are not frozen but shall continue to change in accordance with the terms of the plan and applicable IRS limits. In other words, the FAE Grandfathered Participant's FAE benefit is computed as if the cash balance benefit never became effective and assuming the FAE benefit was not frozen on December 31, 2009.

(2)  The FAE Grandfathered Participant's FAE benefit determined as of December 31, 2009 (with pay increases recognized – see section below entitled "Pay Transition Participants") plus the FAE Grandfathered Participant's cash balance benefit beginning January 1, 2010.

Because an FAE Grandfathered Participant is receiving the greater of the two benefits described above, an FAE Grandfathered Participant's benefit will not be less than what he or she would have earned under the Final Average Earnings Formula assuming the cash balance benefit never became effective.

In determining the greater of the two formulas, the FAE Grandfathered Participant's accrued benefit is determined before computing the temporary income.  After computing the greater benefit, the FAE Grandfathered Participant's temporary income is added to such benefit, if applicable.

## **Pay Transition Participant**

The term "Pay Transition Participant" means a participant who qualified as a Pension Eligible Participant on December 31, 2009.  A Pay Transition Participant will have his or her compensation earned after December 31, 2009 and prior to January 1, 2020 recognized for purposes of computing the participant's FAE benefit. The period between January 1, 2010 and December 31, 2019 is known as the "Pay Transition Period".

Because a Pay Transition Participant's compensation will continue to be recognized, a Pay Transition Participant's average compensation shall change during the Pay Transition Period. Changes in covered compensation on or after December 31, 2009 also will be taken into

24

account during the Pay Transition Period.  As a result of this transition rule, a Pay Transition Participant's FAE benefit could increase or decrease during the Pay Transition Period.

Although compensation earned during the Pay Transition Period is recognized, a Pay Transition Participant will not receive credit for additional benefit service or disability service during the Pay Transition Period, unless s/he is an FAE Grandfathered Participant as described above.

25

1/1/10

# When Benefits
# Will Be Paid

***Normal retirement age is 65.  You may retire later than that if you are still working, or as early as age 55 with 10 years of vesting service, or age 60.***

There are three types of retirement under the plan:
- normal retirement;
- early retirement; and
- delayed retirement.

## Normal retirement

Your benefit normally will be paid on the first day of the month on or after you reach normal retirement age (age 65), if you elect to retire at that time.  You may be eligible for an earlier payment of your benefits if you meet the early retirement requirements described below.

## Early retirement

You may elect to retire before age 65 and begin receiving your benefit at any time on or after your earliest retirement date.  Your earliest retirement date is the earlier of the date, while actively employed, that:

- you reach age 55 and complete 10 years of vesting service; or
- you reach age 60.

As shown on the table below, if you begin receiving your benefit on or after age 62, there is no reduction for beginning your benefit early.  However, if you choose to begin receiving your benefit before age 62, your FAE benefit (but not your cash balance benefit) will be reduced to reflect the longer payment period expected.  The reduction is .25% per month for every month that you begin receiving your benefit before age 62.  If your FAE benefit is subject to any offset, the reduction will be applied prior to applying the offset(s).

| Early Retirement Benefit Adjustments | |
|---|---|
| Age When Payments Begin | Percentage of Accrued Benefit Payable |
| 62 and above | 100% |
| 61 | 97 |
| 60 | 94 |
| 59 | 91 |
| 58 | 88 |
| 57 | 85 |
| 56 | 82 |
| 55 | 79 |

26

### Delayed retirement

If you remain actively employed by the Company or a participating subsidiary after you reach the plan's normal retirement age (age 65), you will receive your benefit beginning the first day of the month on or after the date you retire.  Your FAE benefit will be the greater of your benefit computed as of your delayed retirement date or your benefit computed as of your normal retirement date and actuarially increased from your normal retirement date to your delayed retirement date.  Your cash balance benefit shall be the value of your cash balance account as of your benefit commencement date.

If you continue to work for the Company or a participating subsidiary past age 65, you cannot receive a benefit from the plan while you are still working.  However, you must elect to begin receiving your benefit by April 1 of the calendar year following the later of (1) the calendar year in which you reach age 70-1/2, or (2) the calendar year in which you retire from the Company or a participating subsidiary.  This also applies if you are rehired following retirement.

### Keeping informed

You should notify the Merrill Lynch Retirement Service Center well in advance of the time you want to retire.  Upon notification, you will be provided with an application for retirement on which you must make a **qualified retirement election** within 180 days of the date payments are to begin.

The Merrill Lynch Retirement Service Center may be contacted through the People Services Helpline at (404) 676-9677 or in writing at the address below:

> The Retirement Group at Merrill Lynch
> 1400 Merrill Lynch Drive, Mail Stop #4-BIS-DB
> Pennington, NJ 08534

### Termination of employment

See the section "If You Leave Before Retirement" for additional information on your benefit if you leave the Company before your earliest retirement date.

1/1/10

# How Benefits
# Are Paid

***You can choose how your benefit will be paid to you.  Your normal form of benefit depends on whether you are married or unmarried when you commence your benefit.***

Because people's needs differ, the plan allows you to choose the method used to pay your benefit.  The available methods of payment are:

- a life benefit;
- a 50% joint & survivor benefit;
- a 75% joint & survivor benefit;
- a 100% joint & survivor benefit; or
- a single lump sum cash payment (available only for participants who terminated employment after September 30, 2008).

Once you have begun receiving benefit payments, you cannot change your elected payment method or your designated joint participant..

The payment methods available under the plan are described in greater detail below.

You make a single election when to receive your total benefits, that is, your combined cash balance benefit and FAE benefit.  This means your total pension accrued benefit will be paid at the same time and in the same form.

Your FAE benefit assumes your monthly benefit will be paid as a life annuity.  Your cash balance benefit is equal to the benefit you would receive if you elected a lump sum. Accordingly, adjustments are required to your benefit depending on which benefit you elect.

If your benefit under the plan is paid as a life annuity, your cash balance account will be adjusted to a monthly amount using actuarial assumptions set forth in the plan document.

If your benefit under the plan is paid as a lump sum, your FAE benefit will be adjusted to a lump sum using interest rates and mortality tables set forth in the plan document.  The interest rate can change each year and is based on the applicable rates in effect on the September preceding the first day of the plan year in which the lump sum distribution is made.

If another annuity form is elected, the cash balance benefit will be converted into the applicable monthly benefit using the actuarial assumptions set forth in the plan document.  Similarly, the FAE Benefit will be converted from a life annuity to the alternative annuity form using actuarial assumptions set forth in the plan document.

No benefit will be paid unless the appropriate form is properly completed and submitted on a timely basis.  All plan forms are available upon request by calling the Merrill Lynch

28

Retirement Service Center through the People Services Helpline at (404) 676-9677 or (800) 676-9677.

## Normal form of benefit

The plan provides for a "normal form of benefit" to be paid to you.  The normal form depends on your marital status at the time benefit payments begin.

- If you are married, your normal form of payment is the 50% joint & survivor benefit.
- If you are unmarried, your normal form of payment is the life benefit.

You will automatically receive payment under the normal form unless you elect otherwise during the 180-day period before payments begin.  If you are married and want to elect a life benefit form of payment or want to designate someone other than your **spouse** to be your joint participant you must submit, in writing, the appropriate completed form to the Merrill Lynch Retirement Service Center, and your spouse must consent in writing in the presence of a notary public.

## Optional payment methods

### Life benefit *(normal form of payment for unmarried participants)*

This method pays you a monthly income for your life with payments stopping at your death.  This method will pay you the largest monthly amount because benefits are not paid to another person after your death.

*If you are married* and you want to elect the life benefit, your spouse must consent, in writing, in the presence of a notary public during the 180-day period before benefit payments begin.  That election must be made by submitting the appropriate completed form to the Merrill Lynch Retirement Service Center.

*If you are unmarried* and want to name a joint participant to receive payments after your death, you can choose either the 50%, 75% or 100% joint & survivor benefit form of payment as described below during the 180-day period before benefit payments begin.

### 50% joint & survivor benefit *(normal form of payment for married participants)*

This method pays you a monthly income for life and provides continuing protection for your surviving spouse or other named joint participant after your death.  When you elect this method of payment, you agree to receive a reduced benefit during your lifetime because payments are expected to be made over two lifetimes instead of one.

The amount of the reduction is based on your age and your joint participant's age when benefit payments begin.  After your death, 50% of your reduced monthly benefit will be paid each month to your joint participant for the remainder of his or her life.  If your joint participant dies before you do, your benefit payments continue to you in the same amount as before his or her death and stop at your death.

*If you are married*, your spouse must be your joint participant under this form of payment, unless your spouse consents in writing to your naming another person during

29

the 180-day period before payments begin.  That consent must be made, in writing, in the presence of a notary public by submitting the appropriate completed form to the Merrill Lynch Retirement Service Center.

*If you are unmarried*, you may choose any person to be your joint participant under this form of payment provided that you submit the completed appropriate form to the Merrill Lynch Retirement Service Center designating that person as your joint participant.

### 75% joint & survivor benefit

This method pays you monthly income for life and provides continuing protection for your named joint participant after your death.  When you elect this method of payment, you agree to receive a reduced benefit during your lifetime because payments are expected to be made over two lifetimes instead of one.

The amount of the reduction is based on your age and your joint participant's age when benefit payments begin.  After your death, 75% of your reduced monthly benefit will be paid each month to your joint participant for the remainder of his or her life.  Because the percentage continuing after your death is higher, your monthly payments under this form of payment are lower than those under the 50% joint & survivor benefit form.  If your joint participant dies before you do, your benefit payments continue to you in the same amount as before his or her death and stop at your death.

*If you are married*, your spouse must be your joint participant under this form of payment, unless your spouse consents in writing to your naming another person during the 180-day period before payments begin.  That consent must be made, in writing, in the presence of a notary public by submitting the appropriate completed form to the Merrill Lynch Retirement Service Center.

*If you are unmarried*, you may choose anyone to be your joint participant for this form of payment provided that you submit the appropriate completed to the Merrill Lynch Retirement Service Center designating that person as your joint participant.

If you are younger than age 70, married or unmarried, and elect a non-spousal joint participant under the 75% joint & survivor benefit option, the number of years by which your joint participant can be younger than you cannot be greater than the number allowed for by the Internal Revenue Service.  This allowable age difference varies depending upon your age when your benefit payments begin.  The table below provides you with some examples of allowable age differences.

1/1/10

**A sample chart**

| Your Age at Commencement | Maximum Age Difference |
|---|---|
| 55 | 34 years |
| 60 | 29 years |
| 65 | 24 years |

**100% joint & survivor benefit**

This method pays you monthly income for life and provides continuing protection for your named joint participant after your death.  When you elect this method of payment, you agree to receive a reduced benefit during your lifetime because payments are expected to be made over two lifetimes instead of one.

The amount of the reduction is based on your age and your joint participant's age when benefit payments begin.  After your death, 100% of your reduced monthly benefit will be paid each month to your joint participant for the remainder of his or her life.  Because the percentage continuing after your death is much higher, your monthly payments under this form of payment are lower than those under the 50% or 75% joint & survivor benefit forms.  If your joint participant dies before you do, your benefit payments continue to you in the same amount as before his or her death and stop at your death.

*If you are married*, your spouse must be your joint participant under this form of payment, unless your spouse consents in writing to your naming another person during the 180-day period before payments begin.  That consent must be made, in writing, in the presence of a notary public by submitting the appropriate completed form to the Merrill Lynch Retirement Service Center.

*If you are unmarried*, you may choose anyone to be your joint participant for this form of payment provided that you submit the appropriate completed to the Merrill Lynch Retirement Service Center designating that person as your joint participant.

If you are younger than age 70, married or unmarried, and elect a non-spousal joint participant under the 100% joint & survivor benefit option, the number of years by which your joint participant can be younger than you cannot be greater than the number allowed for by the Internal Revenue Service.  This allowable age difference varies depending upon your age when your benefit payments begin.  The table below provides you with some examples of allowable age differences.

31

1/1/10

**A sample chart**

| Your Age at Commencement | Maximum Age Difference |
|---|---|
| 55 | 25 years |
| 60 | 20 years |
| 65 | 15 years |

**An example of retirement payment options**

This chart explains how the different payment methods would work for a 65-year old employee whose accrued benefit is $700.00 a month and whose joint participant is 62 years old.  The amounts shown in the table below are illustrations only.  The actual amounts would be based on actuarial assumptions used to compute the monthly benefits.

| Under This Form of Payment | Participant Receives | When Participant Dies, Joint Participant Receives |
|---|---|---|
| Life Benefit | $700.00 monthly for life | Nothing |
| 50% joint & survivor Benefit | $640.70 monthly for life | $320.35 monthly for life |
| 75% joint & survivor Benefit | $614.67 monthly for life | $461 monthly for life |
| 100% joint & survivor Benefit | $590.66 monthly for life | $590.66 monthly for life |

**Special rules for survivor annuity elections**

Marriage or remarriage prior to benefit commencement automatically will revoke any survivor annuity election you have previously made.  In the event you become married or remarried prior to benefit commencement, your spouse will be covered under the automatic 50% survivor benefit.  If you become divorced, however, any election you have previously made will remain in effect until you change it.

**Single lump sum payment**

This method pays you a single lump sum payment of your entire accrued benefit.  The lump sum is the actuarial equivalent of your FAE benefit (reduced for early commencement) and your cash balance benefit which would be equal to your cash balance account as of your benefit commencement date.

32

No additional payments are made to you or to your beneficiary following payment of the lump sum.  In other words, no death benefits are paid if you elect a lump sum.

If you elect a lump sum, you will be given the opportunity to rollover your lump sum distribution to an IRA or to your new employer's retirement plan.

*If you are married*, your spouse must consent to the lump sum distribution.  The consent must occur during the 180-day period before payments begin.  That consent must be made, in writing, in the presence of a notary public by submitting the appropriate completed form to the Merrill Lynch Retirement Service Center.

*If you are unmarried*, you may choose the lump sum payment by submitting the appropriate completed form to the Merrill Lynch Retirement Service Center.

### Payment of smaller amounts

If the present value of your accrued benefit at termination or retirement is $5,000 or less, payment of your benefit will be automatically made in a single lump sum even if you have previously elected an annuity form of payment.  If you are eligible to receive temporary income, your payment will also include the present value of your temporary income.  You may elect to receive your lump sum payment either as a direct payment to yourself or as a direct rollover by submitting the appropriate form to the Merrill Lynch Retirement Service Center.  If you do not make an affirmative payment election by submitting the form, payment of your benefit will be made automatically as follows:

- If the present value of your accrued benefit is $1,000 or less, the single sum payment will be made directly to you.

- If the present value of your accrued benefit is greater than $1,000 but not greater than $5,000, the single sum will be paid automatically in the form of a direct rollover to a Merrill Lynch Individual Retirement Rollover Account ("IRRA®") established in your name.

  - Your IRRA® balance will be invested in the Merrill Lynch Retirement Asset Savings Program (RASP), a money market deposit account insured by the Federal Deposit Insurance Corporation (FDIC).  The RASP is designed to preserve your principal investment and provide a reasonable rate of return consistent with liquidity.

  - The IRRA® holder will be responsible for all fees and expenses of the IRRA®.  Neither The Coca-Cola Company, as plan sponsor, nor the plan will pay any of the IRRA® fees or expenses.  Your IRRA® will be charged with an annual custodial fee.  This fee was $35 in January 2010.  Once you take action with your IRRA® other fees may apply.  The disclosure and custodial agreement that you will receive if the present value of your accrued benefit is rolled over to an IRRA® describes all other fees that may apply.

  - If you have questions about the Merrill Lynch IRRA®, please call (877) MY ML IRA at (877) 696-5472.

33

1/1/10

**Benefit restrictions due to funding**

The Internal Revenue Code imposes limitations on benefit distributions based on funding of the plan.  These Internal Revenue Code limitations restrict the ability of the plan to pay lump sum amounts in certain situations.  If these limitations apply to you, you will be notified.

34

1/1/10

# If You Become Disabled

If your disability occurs after December 31, 2009, your cash balance account will be credited with pay credits and, if eligible, Rule of 55 transition pay credits through your termination date not to exceed 36 months after becoming disabled unless you return to employment prior to the end of the 36-month period.  Similarly, if your disability occurs after December 31, 2009, and you are an FAE Grandfathered Participant, you will cease to earn disability service and cease to receive compensation credit under the FAE benefit 36 months after you become disabled.  The 36 month limitation does not apply if you became disabled prior to December 31, 2009.

Please remember that except for an FAE Grandfathered Participant, you cease to earn disability service or benefit service on or after January 1, 2010.  In addition, FAE Grandfathered Participants who become disabled on or after January 1, 2010 can earn a maximum of 36 months of disability service.

## How benefits are calculated

Your benefit, if you are disabled, is based on the same formulas used to calculate your FAE benefit and your cash balance benefit.   However, as noted above, for purposes of determining your FAE benefit, benefit service and disability service are frozen as of December 31, 2009 and will not increase after that date unless you are an FAE Grandfathered Participant.  In addition, final average compensation and covered compensation are also frozen as of December 31, 2009 and will not increase after that date unless you are a Pay Transition Participant or an FAE Grandfathered Participant.

Compensation for purposes of computing your pay credits is equal to your compensation, excluding incentives, earned during the plan year prior to your disability.  If you did not receive compensation for a complete plan year, the compensation you did receive during the prior plan year, excluding incentives, is annualized.

Average compensation for purposes of computing an FAE Grandfathered Participant's or Pay Transition Participant's FAE formula shall automatically become equal to the greater of (i) the disabled participant's compensation (determined as described in the preceding paragraph) or (ii) the disabled participant's average compensation as of December 31, 2009.

## When benefits are payable

If you remain disabled until you reach normal retirement age (age 65), you will be entitled to receive your benefit on the first day of the month on or after you reach normal retirement age.  If your termination date occurs before your normal retirement date (age 65) (regardless of whether you are still disabled), you will be entitled to receive your benefit based on your retirement status at termination.

35

**A calculation including disability service**

Assume you retire at age 65 with 25 years of benefit service and five years of disability service. For purposes of this example, your final average compensation is $55,000 and your covered compensation is $50,000. Here is how your benefit would be figured:

| | |
|---|---|
| 1.1% of final average compensation up to and including covered compensation ($50,000) | $550.00 |
| **PLUS** | |
| 1.5% of final average compensation in excess of covered compensation ($5,000) | $75.00 |
| **TIMES** | |
| your benefit service | x  25 |
| **EQUALS** | $15,625.00 |
| **PLUS** | |
| 1.5% of final average compensation times your disability service (1.5% x $55,000 x5) | $4,125.00 |
| **TOTAL** | $19,750.00 |
| **DIVIDED BY** | |
| **12** | ÷  12 |
| **EQUALS** | $1,645.83 |

Your cash balance benefit at age 65 will be added to this amount after an actuarial conversion to an immediate life annuity. In this example if someone also had a $30,000 cash balance benefit, an additional $208.33 would be added to the $1,645.83 for a total life annuity of $1,854.16. The factors used to convert the cash balance benefit to an annuity will change based on age and the year the benefit commences.

**What happens when your disability ends**

If you are no longer disabled but you return to work within 30 days as a Pension Eligible Participant, you will continue to be eligible for any transition benefits you were receiving while disabled. If you do not return to work within the 30-day period, you will be treated as a rehired employee if you subsequently return to work.

1/1/10

1/1/10

If you cease to be disabled before your normal retirement date and before becoming vested, and if you do not return to work within 30 days and you are terminated, you will not receive a benefit.

37

1/1/10

---

# If You Leave
# Before Retirement

---

***If you leave the Company before reaching your earliest retirement date, you still may receive a benefit under the plan.***

If you leave the Company for any reason after you have completed three years of vesting service (five years if you terminated employment prior to January 1, 2010 or attained age 65 (age 60 if you were hired by the Company, a participating subsidiary, or a controlled group member prior to January 1, 2010), but before you qualify for early retirement (age 55 with at least 10 years of vesting service, or age 60), you will be a terminated vested participant.  As a terminated vested participant, you are fully entitled to the benefit you have earned and a survivor benefit for your spouse.

## Normal retirement for terminated vested participants

Your benefit will be paid on the first of the month on or after you reach normal retirement age (age 65), unless you are eligible and elect to receive an earlier payment of your benefit as described below.

## Early retirement for terminated vested participants

Effective September 30, 2008, the plan provides the option of receiving benefits immediately if you are vested when you terminate employment, even if you are not otherwise eligible to retire. You may elect to begin receiving your total benefit on the earliest of:

- the first day of the sixth month following your termination of employment; or

- the date you reach age 55, if you completed at least 10 years of vesting service at the time your employment terminated; or

- the date you reach age 60.

As shown on the table below, if you choose to begin receiving your benefit before age 65, your FAE benefit (but not your cash balance benefit) will be reduced to reflect the longer payment period expected.  The reduction is .40% per month for every month that you begin receiving your benefit before age 65 and prior to your earliest retirement date and further reduced actuarially to the benefit commencement date using the actuarial factors set forth in the plan.  If your FAE benefit is subject to any offset, the reduction will be applied prior to applying the offset(s).  Your cash balance benefit will be based on your cash balance account as of the date benefits commence.

38

| Age When Payments Begin | Percentage of Accrued Benefit Payable | Age When Payment Begins | Percentage of Accrued Benefit Payable |
|---|---|---|---|
| 65 | 100% | 59 | 71.2 |
| 64 | 95.2 | 58 | 66.4 |
| 63 | 90.4 | 57 | 61.6 |
| 62 | 85.6 | 56 | 56.8 |
| 61 | 80.8 | 55 | 52.0 |
| 60 | 76.0 | | |

## Keeping informed

As a terminated vested participant, you will receive a statement following your termination of employment showing the amount of your benefit and outlining retirement application procedures.  You should notify the Merrill Lynch Retirement Service Center well in advance of the time you want benefit payments to begin.  Upon notification, you will be provided with an application on which you must make a qualified retirement election within 180 days of the date payments are to begin.

The Merrill Lynch Retirement Service Center may be contacted through the People Services Helpline at (404) 676-9677, or in writing at the address below:

> Merrill Lynch Retirement Service Center
> Attn: The Retirement Group of Merrill Lynch
> 1400 Merrill Lynch Drive
> Mail Stop #4-BIS-DB
> Pennington, NJ 08534

## When benefits are not paid

If you leave the Company before completing three years of vesting service (five years if you terminated employment prior to January 1, 2010  or before attaining age 65 (age 60 if you were hired by the Company, a participating subsidiary, or a controlled group member prior to January 1, 2010), no benefits will be payable under this plan.

39

1/1/10

# Benefits Upon Your Death

*If you terminate employment after September 30, 2008, and if you die before benefit payments begin, benefits may be payable to your survivor if you have completed three years of vesting service (five years if you terminated employment prior to January 1, 2010) or attained age 65 during your employment.*

*The following section does not apply to participants and their beneficiaries if the participant terminated employment on or prior to September 30, 2008 and did not work one hour or more after September 30, 2008.*

*If you die after benefit payments begin, benefits will be payable in accordance with your qualified retirement election. See the section "How Benefits Are Paid" for additional details.*

## Who is eligible

You are eligible for preretirement survivor's coverage if you have completed three years of vesting service (five years if you terminated employment prior to January 1, 2010) or attained age 65 during your employment. You do not have to be employed by the Company when you die for your survivor to receive benefits.

*If you are married on your death*, the preretirement survivor's coverage for your spouse is a life annuity benefit or, if your spouse elects, a single lump sum payment. A married participant cannot name a non-spouse beneficiary to receive the preretirement survivor annuity.

*If you are unmarried on your death*, your beneficiary shall receive the survivor annuity in the form of a lump sum. If you fail to name a beneficiary or your primary and secondary beneficiaries do not survive you, your beneficiary shall be your estate.

## Benefits if you are married

Effective January 1, 2010, if you are married, your spouse automatically is your beneficiary. If you previously elected a beneficiary other than your spouse, that election is no longer valid.

If you are married, your spouse automatically will receive a benefit in the form of a life annuity. This benefit is a monthly benefit payable for your spouse's life. The benefit is computed as follows;

- The participant's FAE benefit is determined by (1) assuming the participant terminated employment on the earlier of his or her death or the participant's termination of employment (if the participant terminated employment prior to his or her death), (2) assuming the participant survived until the date survivor benefits payments commence to the spouse, and (3) assuming the participant elected a life annuity. The life annuity is then actuarially converted to an annuity for the life of the participant's surviving spouse.

40

1/1/10

- The participant's cash balance benefit is actuarially converted to an annuity for the life of the spouse.

In lieu of a life annuity, the spouse may elect a lump sum. The lump sum will equal the present value of the spouse's life annuity attributable to the FAE benefit determined using actuarial factors in the plan document. The lump sum attributable to the cash balance benefit will equal the cash balance account as of the date benefits are distributed.

If the spouse receives a distribution in the form a life annuity, such payments may begin as of the first day of the month following the date the Committee receives the spouse's election for the preretirement survivor benefit. In no event may the spouse's survivor benefit commence later than December 31st of the year in which the participant would have attained age 70-1/2. If the spouse dies before the survivor benefit commences, no survivor benefits shall be paid from the plan.

If the spouse elects a lump sum distribution, in accordance with IRS regulations, such election must be made no later than the July 1 of the calendar year that includes the fifth anniversary of the participant's death. If the spouse fails to elect a lump sum distribution by such date, the spouse will be deemed to have elected a life annuity. A lump sum distribution must be paid no later than the last day of the calendar year that includes the fifth anniversary of the participant's death.

If benefits commence to the participant's spouse prior to what would have been the participant's normal retirement date, the FAE benefit (but not the cash balance benefit) is reduced to reflect the early commencement of benefits. The applicable reduction factors depend on whether the participant terminated employment before his or her death and whether the participant had completed ten or more years of vesting service before his or her death.

If the participant died while employed:

- If the participant had completed ten or more years of vesting service before his or her death, the FAE benefit is reduced using the plan's early retirement reduction factors (see section entitled "When Benefits Will be Paid"). If benefits commence earlier than the participant's earliest retirement date, the survivor benefit is further reduced actuarially using factors set forth in the plan document.

- If the participant had not completed ten years of vesting service prior to his or her death, the FAE benefit is reduced using the plan's reduction factors for a terminated, vested participant (see section entitled "If You Leave Before Retirement"). If benefits commence earlier than what would have been the participant's earliest retirement date, the survivor benefit is further reduced actuarially using factors set forth in the plan document.

If the participant died after terminating employment (but before commencing benefits under the plan):

- If the participant terminated employment on or after his earliest retirement age, the FAE benefit is reduced using the plan's early retirement reduction factors (see section entitled "When Benefits Will be Paid")."

41

1/1/10

- If the participant terminated employment prior to what would have been his or her earliest retirement age, the FAE benefit is reduced using the plan's reduction factors for a terminated, vested participant (see section entitled "If You Leave Before Retirement"). If benefits commence earlier than what would have been the participant's earliest retirement date, the survivor benefit is further reduced actuarially using factors set forth in the plan document.

If the spouse elects to receive the survivor annuity as a lump sum, the FAE benefit will first be reduced as noted above and then the lump sum shall be computed using the actuarial factors set forth in the plan for lump sum distributions.

## Benefits if you are unmarried

If you are unmarried, the survivor benefit will be computed in the same manner described above for a married participant.  However, the unmarried participant's survivor benefit shall be paid to the participant's beneficiary in a lump sum.  The beneficiary does not have the option of receiving a life annuity.  The lump sum distribution must be paid no later than the last day of the calendar year than includes the fifth anniversary of the participant's death.

## Payment of smaller amounts

If the present value of the preretirement survivor benefit at your death is $5,000 or less, payment may be made in a single lump sum as soon as administratively practicable after your death.

42

1/1/10

# If You Return to Work
# After Benefits Commence

**If you return to work after benefit payments begin, your retirement benefits will continue.**

If you retire or terminate employment, and later return to work for the Company or a subsidiary on or after January 1, 2010, the monthly benefits you were receiving, if any, prior to your rehire will continue to be paid.  If you did not commence receiving benefits prior to returning to work, your benefits will begin after you once again terminate employment or retire.

When you leave again, your benefits will be recalculated to take into account any additional service or compensation you may have earned, and the benefits you have already received. However, the plan guarantees that your monthly benefit upon subsequent termination will always be equal to at least the monthly benefit you were receiving before your reemployment.

Additionally, because the plan is subject to change, if you earned the right to retire early under any previous version of the plan or under any special program, you still will be considered retirement eligible upon your subsequent termination, even if you do not meet the requirements to retire early under the provisions of the plan in effect at that time.

1/1/10

# Paying Taxes on Your Benefits

**Payments from the plan, whether made in monthly annuity payments or in a single lump sum, are generally subject to income taxes.**

## Tax information for monthly annuity payments

Your retirement benefits are considered taxable income.  Federal law requires federal income tax withholding from your benefits, unless you request otherwise in writing.  The amount withheld will depend on your filing status and the number of exemptions you claim.  Depending on your state of residence, state and local taxes also may apply.

Before benefits begin, you will receive tax withholding election forms to indicate whether you want taxes withheld from your plan benefits.  If you wish to change your election after benefit payments begin, contact the Merrill Lynch Retirement Service Center through the People Services Helpline at (404) 676-9677 or (800) 676-9677.

If no income taxes are withheld from your benefit payments, or if the amount withheld is not sufficient to cover the taxes due, you may be required to file estimated taxes and you may be subject to an IRS penalty for insufficient withholding.  Your retirement benefits paid from this plan are currently not subject to FICA taxation (Social Security and Medicare taxes).

## Tax information for lump sum payments

Lump sum payments made from the plan are considered taxable income and subject to ordinary income taxes.  In addition, you may have to pay a 10% federal excise tax if you receive payment prior to age 59 ½.  Generally, this additional 10% tax will not apply to your payment if it is: (1) paid to you because you separate from service with your employer during or after the year you reach age 55; (2) paid because you retired due to disability; (3) paid to you as equal (or almost equal) payments over your life expectancy (or your and your beneficiary's lives or life expectancies); (4) used to pay certain medical expenses and premiums; (5) post-death distributions made by reason of the participant's death; and (6) payments made to alternate payees under a qualified domestic relations order.

When you leave the Company, you may be able to avoid ordinary income tax and the 10% federal excise tax if you "roll over" your entire payment to an Individual Retirement Account (IRA) or another employer's tax-qualified retirement or savings plan.

Lump sum payments made from the plan will be subject to a mandatory 20% federal income tax withholding requirement except for the following:

1)  unless amounts distributed for the year are less than $200; or

2)  unless transferred "directly" to an Individual Retirement Account (IRA) or another company's qualified retirement plan.

**The above is not intended to provide tax advice specific to your situation. You should always consult with your tax advisor regarding tax issues relating to benefits under and distributions from the plan.**

1/1/10

# Filing a Claim
# For Benefits

**If a claim is denied**

If an application for retirement or survivor benefits is denied in whole or in part, the participant is entitled to a full review.  Any claim must be brought within one year after (a) in the case of any lump-sum payment, the date on which the payment was made; (b) in the case of an annuity payment or installment payment, the date of the first payment in the series of payments; or (c) for all other claims, the date on which the action complained of occurred.  The steps in the review process are outlined below.

A participant (or his duly authorized representative) may send a claim in writing to the Committee at the address below.  A response to the claim will be provided to the claimant within 90 days (180 days if special circumstances require an extension of time).  If the Committee determines that an extension of time is required, the claimant will be notified in writing of the extension and reason for the extension within 90 days after the Committee's receipt of the claim.  The extension notice will also include the date by which the Committee expects to make the benefit determination.

> Director, Global Benefits
> The Coca-Cola Company
> P.O. Box 1734
> Atlanta, Georgia 30301

In the event the Committee denies or modifies the claim for benefits under the plan, the claimant will be notified in writing of the following:

- the specific reason for the denial or modification;
- the plan provisions upon which the denial or modification is based;
- any additional material or information necessary to perfect the claim and the reasons why such material or information is necessary; and
- the plan's claim review procedure and applicable time limits.

**Appeals process**

Whenever a claim is denied, you have the right to appeal the decision.  You (or your duly authorized representative) must make a written request for appeal to The Coca-Cola Company Benefits Committee within 60 days from the date you receive the denial.  Send your appeal to:

> Director, Global Benefits
> The Coca-Cola Company
> P.O. Box 1734
> Atlanta, Georgia 30301

If you do not make this request within that time, you will have waived your right to appeal.

45

1/1/10

Once your request has been received, a prompt and complete review of your claim must take place.  This review will give no deference to the original claim decision and will not be made by the person who made the initial claim decision.  During the review, you (or your duly authorized representative) have the right to review any documents that have a bearing on the claim, including the documents which establish and control the plan.  You may also submit issues and comments that you feel might affect the outcome of the review.

The plan has 60 days from the date it receives your request to review your claim and notify you of its decision.  Under special circumstances, the plan may require more time to review your claim.  If this should happen, the plan must notify you, in writing, that its review period has been extended for an additional 60 days.  Once its review is complete, the plan must notify you, in writing, of the results of the review and indicate the plan provisions upon which it based its decision.

If the claim is denied during the appeal, the notice will explain:

- that you are entitled to receive, upon request and free of charge, reasonable access to pertinent documents, records, and other information relevant to your claim for benefits;

- your right to bring a civil action under the Employee Retirement Income Security Act of 1974, as amended ("ERISA") Section 502(a) following an adverse benefit determination on review;

- the specific reason(s) for the decision; and

- any internal rule, guideline or protocol relied upon including specific references to plan provisions on which the decision is based.

The plan's decision on the appeal will be final, conclusive and binding and mark the end of the plan's claim review process.  No claimant may file suit for retirement or survivor benefits until exhausting the plan's claim review procedure.  Any suit must be brought within one year after the date the Committee has made a final denial (or deemed denial) of a claim for benefits.  Notwithstanding any other provision herein, any suit for benefits must be brought within two years after (a) in the case of any lump-sum payment, the date on which the payment was made; (b) in the case of an annuity payment or installment payment, the date of the first payment in the series of payments; or (c) for all other claims, the date on which the action complained of occurred.

46

1/1/10

# Situations Affecting Your Plan Benefits

## Plan interpretation

The Committee has sole authority to construe the terms of the plan, determine eligibility under the plan and review all denial of claims for benefits.  Except as otherwise provided in this summary or the official plan document, all decisions of the Committee will be final and binding on all affected parties.

## Plan amendments

The Company reserves the right to terminate, suspend or amend the plan at any time, in whole or in part by written document executed by a member of the Committee.

## If the plan becomes "top-heavy"

If 60% of the benefits from the plan are payable to certain key employees (i.e., the plan becomes "top heavy" as defined by the Internal Revenue Service), then the following special rules apply:

- the minimum benefit payable to everyone except certain key employees is 2% of compensation times years of service while the plan is top-heavy; and

- benefits for certain key employees are restricted.

## Assignment of benefits

As long as you have an accrued benefit in the plan, you cannot assign it to another person, or pledge the value as collateral for a loan.  Exceptions to this are:

- the plan will recognize a formal tax levy; and

- the plan will recognize a qualified domestic relations order, as noted below.

## Divorce and qualified domestic relations orders

In the event of your divorce, if the plan administrator receives a qualified domestic relations order, some or all of your benefits under the plan may become payable to your spouse, former spouse, child, or any other dependent of yours who is recognized by such order as having the right to receive all or a portion of your benefits under the plan.

A domestic relations order is a judgment, decree or order (including approval of a property settlement agreement) that requires the payment of child support, alimony, or marital property rights.  The order cannot require that benefits be paid in any form which is not otherwise authorized under the plan.  The plan administrator has established procedures for notifying you and anyone entitled to benefits under the order and for determining whether such an order is

47

qualified under ERISA and Internal Revenue Service rules.  participants and joint participants can obtain, without charge, a copy of the procedures and a sample qualified domestic relations order by calling the Merrill Lynch Retirement Service center through the People Services Helpline at (404) 676-9677 or (800) 676-9677.

## Limits on benefits

Federal law limits the amount of annual pension benefits that can be paid to certain highly paid employees.  If you are affected by these limits, you will be notified by the Company.

## Other plans and programs

From time to time in the past, pension plans of some acquired companies have been combined with this plan.  Some of the features of the plans were kept in effect for members of those plans. All of these members have been given descriptions of their special benefits.

1/1/10

# If the Plan is Terminated

***If the plan is terminated, special payment provisions may apply.***

If the plan is fully or partially terminated, benefits earned up to the date of plan termination would be nonforfeitable (fully vested) to the extent they are funded.  Assets in the fund would be used to pay plan benefits to the extent they are sufficient.
The retirement fund is for the use of plan participants and their beneficiaries, and the payment of plan expenses.  Money in the fund cannot be returned to the Company until all benefit obligations have been met.

## Mergers, consolidations, and plan asset transfers

If the plan is merged or consolidated with another plan, or if all plan assets are transferred to another plan, your accrued benefit will be protected.  Your benefit immediately after the merger, consolidation, or transfer will not be lower than the benefit accrued just before the merger, consolidation, or transfer.

## Pension Benefit Guaranty Corporation

Your pension benefits under this plan are insured by the Pension Benefit Guaranty Corporation (PBGC), a federal insurance agency.  If the plan terminates (ends) without enough money to pay all benefits, the PBGC will step in to pay pension benefits.  Most people receive all of the pension benefits they would have received under their plan, but some people may lose certain benefits.

The PBGC guarantee generally covers: (1) normal and early retirement benefits; (2) disability benefits if you become disabled before the plan terminates; and (3) certain benefits for your survivors.

The PBGC guarantee generally does not cover: (1) benefits greater than the maximum guaranteed amount set by law for the year in which the plan terminates; (2) some or all of benefit increases and new benefits based on plan provisions that have been in place for fewer than five years at the time the plan terminates; (3) benefits that are not vested because you have not worked long enough for the Company; (4) benefits for which you have not met all of the requirements at the time the plan terminates; (5) certain early retirement payments (such as supplemental benefits that stop when you become eligible for Social Security) that result in an early retirement monthly benefit greater than your monthly benefit at the plan's normal retirement age; and (6) non-pension benefits, such as health insurance, life insurance, certain death benefits, vacation pay, and severance pay.

Even if certain of your benefits are not guaranteed, you still may receive some of those benefits from the PBGC depending on how much money your plan has and on how much the PBGC collects from employers.

1/1/10

For more information about the PBGC and the benefits it guarantees, ask your plan administrator or contact the PBGC's Technical Assistance Division, 1200 K Street, NW, Suite 930, Washington, D.C.  20005-4026 or call 202-326-4000 (not a toll-free number).  TTY/TDD users may call the federal relay service toll-free at 1-800-877-8339 and ask to be connected to 202-326-4000.  Additional information about the PBGC's pension insurance program is available through the PBGC's website on the Internet at http://www.pbgc.gov.

50

1/1/10

# 2008 – 2011 Retirement Enhancement Program

If you are terminate employment under the Involuntary Termination Retirement Enhancement Program (the "Program"), you can qualify for early retirement benefits before attaining your Earliest Retirement Date (normally the earlier of the date you reach age 55 and complete 10 years of vesting service, or reach age 60).

To qualify you must meet all of the following eligibility requirements:

 (1) You must be employed on September 30, 2008 or on an approved absence on September 30, 2008;

 (2) You must be eligible to participate in the plan on September 30, 2008;

 (3) You must be involuntarily terminated (other than "for cause" as defined in the plan) on or after September 30, 2008 and on or before December 31, 2011 (the "Program Period");

 (4) If you are an hourly employee performing services at or assigned to a manufacturing, retail or warehouse facility, your employment must be terminated as a result of the elimination of your job on or after October 19, 2009;

 (5) On the date of your involuntary termination, you have not attained your Earliest Retirement Date but you have either (i) attained at least age 50 and completed at least ten Years of Vesting Service, or (ii) attained at least age 45 and the sum of your attained age (computed as whole years and whole months attained) plus your Years of Vesting Service (computed as whole years and whole months completed) is greater than or equal to 65;

 (6) Your employment with the Company or a participating subsidiary must end during the Program Period on the date chosen by the Company; and

 (7) You sign a Release and Agreement on Trade Secrets and Confidentiality ("Release") and, if requested by the Company, a Noncompetition Agreement. You must mail such documents to the Company in accordance with the Company's instructions on or before the date specified in the Release and whose Release becomes irrevocable.

However, even if you satisfy the seven requirements described above, you are not eligible for the Program if:

 (A) You hold a job with a job grade 18 or higher at the time of your involuntary separation; or

 (B) You are receiving or have been approved to receive long term disability benefits under any plan which provides such benefits and which is maintained by the Company or any subsidiary; or

 (C) You entered into a separate, written agreement with an Employer with respect to your termination of Employment.

51

1/1/10

52

If you are eligible for the Program, your benefit will be computed as follows:

- In general, you will be treated as if you had terminated on your Earliest Retirement Date.  Your monthly FAE benefit will be reduced by 0.25% (instead of 0.40%) for each complete calendar month by which the date that would have been your Earliest Retirement Date (if you had continued in employment) precedes your 62nd birthday (see Section above entitled "When Benefits Will be Paid".  For payments commencing before your Earliest Retirement Date, your monthly FAE benefit will be actuarially reduced from the date that would have been your Earliest Retirement Date to your Benefit Commencement Date.  This reduction is computed using actuarial assumptions in the plan that are used to compute the present value of lump sums.

- If you commence benefits prior to age 55, the amount of Temporary Income (see Section above entitled "Your Final Average Earnings Benefit") shall be actuarially reduced to your Benefit Commencement Date, computed using actuarial assumptions in the plan that are used to compute the present value of lump sums.  Normally your Temporary Income, if any, would not be paid prior to your Earliest Retirement Date.

- Although you are treated as if you had terminated on your Earliest Retirement Date, you are not eligible for an immediately-payable benefit.  Instead you must wait six months following your involuntary termination under the Program to begin receiving benefits.  However, if following your involuntary termination you either attain age 60 or you both attain age 55 and complete ten Years of Vesting Service, your benefits can commence at the earlier of those dates.

52

1/1/10

# Statement of
# ERISA Rights

As a participant in the plan, you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that all plan participants shall be entitled to:

## Receive information about your plan and benefits

**1.**     Examine, without charge, at the plan administrator's office and at other specified locations, such as worksites and union halls, all documents governing the plan, including insurance contracts and collective bargaining agreements, and a copy of the latest annual report (Form 5500 Series) filed by the plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration.

**2.**     Obtain, upon written request to the plan administrator, copies of documents governing the operation of the plan, including insurance contracts and collective bargaining agreements, and copies of the latest annual report (Form 5500 Series) and updated summary plan description. The plan administrator may make a reasonable charge for the copies.

**3.**     Receive a summary of the plan's annual financial report. The plan administrator is required by law to furnish each participant with a copy of this summary annual report.

4.     Obtain a statement telling you whether you have a right to receive a pension at normal retirement age (age 65) and if so, what your benefits would be at normal retirement age if you stop working under the plan now. If you do not have a right to a pension, the statement will tell you how many more years you have to work to get a right to a pension. This statement must be requested in writing and is not required to be given more than once every twelve (12) months. The plan must provide the statement free of charge.

## Prudent actions by plan fiduciaries

In addition to creating rights for plan participants ERISA imposes duties upon the people who are responsible for the operation of the employee benefit plan. The people who operate your plan, called "fiduciaries" of the plan, have a duty to do so prudently and in the interest of you and other plan participants and beneficiaries. No one, including your Employer, your union, or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a benefit or exercising your rights under ERISA.

## Enforce your rights

If your claim for a benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request a copy of plan documents or the latest annual report from the plan and do not receive

53

1/1/10

them within 30 days, you may file suit in a Federal court. In such a case, the court may require the plan administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Administrator. If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or Federal court. In addition, if you disagree with the plan's decision or lack thereof concerning the qualified status of a domestic relations order, you may file suit in Federal court. If it should happen that plan fiduciaries misuse the plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a Federal court. The court will decide who should pay court costs and legal fees. If you are successful the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

## Assistance with your questions

If you have any questions about your plan, you should contact the plan administrator. If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the plan administrator, you should contact the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.

1/1/10

# Plan Information

**Plan Name**
The Coca-Cola Company Pension Plan

**Participants**
The plan provides benefits for employees of The Coca-Cola Company and its participating subsidiaries (identified in the Glossary).

**Effective Date**
The plan was amended and restated effective as of January 1, 2010.  This summary is a description of that plan.

**Name and Address of Plan Sponsor**
The Coca-Cola Company
PO Box 1734
Atlanta GA 30301-1734

**Employer Identification Number (EIN)**
58-0628465

**Plan Number** 001

**Plan Administrator and Agent for Service of Legal Process**
The Coca-Cola Benefits Committee
c/o Director, Global Benefits
The Coca-Cola Company
P.O.  Box 1734
Atlanta, GA 30301

**Type of Plan**
Pension – Defined Benefit

**Plan Records and Plan Year**
The plan's fiscal records are kept on a plan year basis. The plan year is the calendar year.

1/1/10

---

# Glossary

---

**Committee** -- The Coca-Cola Company Benefits Committee appointed by the Senior Vice President, Human Resources, of The Coca-Cola Company, to administer the plan.  The address for the Committee is c/o Director, Global Benefits, The Coca-Cola Company, P.O.  Box 1734, Atlanta, GA 30301.  The Committee is also known as the plan administrator.

**Designated Aligned Bottler** -- Coca-Cola Enterprises, Inc., Coca-Cola Amatil, and Coca-Cola FEMSA, S.A. de C.V.

**Disability or Disabled** -- A condition for which the participant becomes eligible for and receives a disability benefit under the long term disability insurance policy issued to the Company providing Basic Long Term Disability Insurance benefits pursuant to The Coca-Cola Company Health and Welfare Benefits Plan, or under any other long-term disability plan which hereafter may be maintained by the Company or any subsidiary.  The date of disability is the date the participant first became disabled (usually, the date the participant became eligible for short term disability payments), not the date the person began receiving a disability benefit.

**Earliest Retirement Date** -- The earlier of the date you reach age 55 and complete 10 years of vesting service, or reach age 60.

**FAE Grandfathered Participant** --You are an FAE Grandfathered Participant if you were a Pension Eligible Participant as of December 31, 2009 and as of such date you had either (i) attained age 60 with one year of Vesting Service as of December 31, 2009 or (ii) attained age 55 with ten years of Vesting Service.  If you terminate employment as an FAE Grandfathered Participant and you are rehired you will continue to be an FAE Grandfathered Participant on your date of rehire but only while you are a Pension Eligible Participant.

**International Service Associate** -- An employee of the Company or any affiliate who is classified as an International Service Associate on the Company's or participating subsidiary's payroll and personnel records.

**Joint Participant** -- The person named by you to receive a survivor benefit from the plan after your death under the provisions of a preretirement survivor benefit or joint & survivor benefit method of payment.  If you are married, you cannot name a joint participant of a joint and survivor benefit other than your spouse, unless your spouse consents in writing.  If you are married, your spouse is always your beneficiary of the preretirement survivor benefit.

**Leased Employee** -- Any person (other than common law employee) who, pursuant to an agreement between the Company or certain affiliates and a leasing organization, has performed services for the Company or a participating subsidiary on a substantially full-time basis and under the primary direction or control of the Company or certain affiliates.

**Merrill Lynch Retirement Service Center** -- Offers an interactive voice-response system that provides you with 24-hour-a-day access to your benefit information.  The Merrill Lynch Retirement Service Center may be reached by calling (877) Coke-Tip [(877) 265-3847] toll-free from the United States, Puerto Rico, and Canada or (609) 818-8811 collect from anywhere in the world.  To speak to a representative, you must call between the hours of 8:00 a.m.  and 7:00

p.m.  (ET) on any business day the New York Stock Exchange is open for trading.  The TDD line for the hearing impaired is (800) 637-1215.  You may also reach the Merrill Lynch Retirement Service Center through the People Services Helpline at (404) 676-9677 or (800) 676-9677.

**Participating Subsidiary** -- The Coca-Cola Export Corporation, Refreshment Product Services, Inc., Coca-Cola Nestle Refreshments Company, Coca-Cola Nestle Refreshments Company U.S.A., Coca-Cola Nestle Refreshments Company S.A., Soft Drink Services Corporation, The Minute Maid Trading Company, Soft Drinks International, Inc., Rocketcash LLC, Coca-Cola India, Inc., Coca-Cola India, Inc., Caribbean International Sales Corporation, Inc., Coca-Cola Properties, LLC., Caribbean Refrescos Inc. and International Auditors.

**Pay Transition Participant** -- A participant who is a "Pension Eligible Participant" on December 31, 2009.

**Pension Eligible Participant** -- A participant (i) who is eligible to and completes all requirements to participate in the plan and (ii) who is an "active participant." An active participant is a participant who is actively working for the Company or a participating subsidiary, on paid leave of absence with the Company or a participating subsidiary, on short term disability leave from the Company or a participating subsidiary, is disabled (as defined by the plan), is on paid or unpaid leave under the Family Medical Leave Act, as amended, or has left the Company or a participating subsidiary for military service and has reemployment rights under law.

**Plan Year** -- The plan year is the same as the calendar year.

**Qualified Retirement Election** -- An election to receive benefits under the plan in a specific form that meets certain requirements.  To be qualified, the election must be in writing, must be signed by the participant, and, if the participant is married, must be consented to by the participant's spouse (except that such consent is not required if the participant elects to receive a joint & survivor annuity with his spouse as joint participant).  The spouse's consent must be in writing and witnessed by a notary public.

**Spouse** -- Your spouse is the person to whom you are married as of your benefit commencement date or, if earlier, your date of death.  After benefits commence, this person will continue to be recognized as your spouse under the plan even if your spouse later dies or you are divorced and subsequently remarry.  The only exception to this rule is the division of benefits pursuant to a qualified domestic relations order.

To be considered married you must be married in a religious or civil ceremony recognized under the laws of the state where the marriage was contracted.  Thus, you are not considered married for purposes of the plan if you have a common law marriage.  Finally, you are not considered married unless your marriage is recognized under federal law including the Defense of Marriage Act and the Internal Revenue Code.

**Terminated Vested Participant** -- A participant who terminates employment after completing at least three years of vesting service (five years for participants who terminated employment prior to January 1, 2010) or attaining age 65 (age 60 if you were hired by the Company, a participating subsidiary, or a controlled group member prior to January 1, 2010), but before reaching early retirement age.

**Trustee** -- The Northern Trust Company, 50 South LaSalle Street, Chicago, IL 60675

1/1/10