## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| JACQUELINE R. EVERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) Case No. 1:23-CV-02947 |
| | ) |
| THE COCA-COLA COMPANY, | ) |
| | ) |
| LIBERTY MUTUAL INSURANCE | ) |
| COMPANY, | ) |
| | ) |
| | ) |
| Defendant. | ) |

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 1 1 2023

### CERTIFICATE OF SERVICE

I hereby certify that on this 11th Day of August, 2023, I filed PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT and MEMORANDUM OF LAW in Response to Liberty Mutual Insurance Company's Motion to Dismiss Plaintiff's Complaint in this Claim with the Clerk for The Northern District of Georgia, Atlanta Division. I certify that I have this day served pro se Defendants, The Coca-Cola Company and Liberty Mutual Insurance Company, in the foregoing matter with a copy of the above said Plaintiff's answers, by causing a copy of same to be deposited in the United States Mail, postage prepaid and addressed as follows:

King & Spalding LLP
c/o The Coca-Cola Company
1180 Peachtree Street, N.E.
Atlanta, GA 30309

Drew, Eckl & Farnham, LLP
c/o Liberty Mutual Insurance Company
880 W. Peachtree Street
Atlanta, GA 30357

JACQUELINE EVERSON
1530 Locust Log Way
Austell, Georgia 30168
Plaintiff

- 1 -