**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

JACQUELINE R. EVERSON,　　　　　）

　　　　　　　　　　　　　　　　）

　　　　　　　　　Plaintiff,　　　）

　　　　　　　　　　　　　　　　）

vs.　　　　　　　　　　　　　　　）

　　　　　　　　　　　　　　　　）　Case No. 1:23-CV-02947 M L B

　　　　　　　　　　　　　　　　）

THE COCA-COLA COMPANY,　　　　）

　　　　　　　　　　　　　　　　）

LIBERTY MUTUAL INSURANCE　　　）

COMPANY,　　　　　　　　　　　）

　　　　　　　　　　　　　　　　）

　　　　　　　　　Defendant.　　）

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 11 2023

KEVIN P. WEIMER, Clerk
By: Deputy Clerk

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AGAINST
DEFENDANT'S MOTION TO DISMISS**

Pursuant to Rules 12(c) of the Federal Rules of Civil Procedure, Plaintiff, Jacqueline Everson ("Plaintiff") submits this Motion for Summary Judgment and Memorandum of Law in support of Motion for Summary Judgment against Defendants ("Def's"); Liberty Mutual Insurance Company's ("Liberty Mutual") and Answers The Coca-Cola Company's ("Coca-Cola") Motion to Dismiss Plaintiff's Complaint for six reasons: 1) Plaintiff's federal law and state law causes of action in the Complaint is not for the "one and only" LTD benefit policy provided by Liberty Mutual. This is a claim for ongoing discrimination of Plaintiff's civil rights solely on the basis of Plaintiff's disability under the

Americans with Disabilities Act, 1990 ("ADA") and is not preempted by ERISA. Plaintiff has a right to sue letter from EEOC (Exhibit A); 2) Liberty Mutual Insurance Company is the proper defendant in this action as administrator for "The Coca-Cola Company" to evaluate, manage and decide all employee (long-term) disability status; "disabled" or "not disabled" using Social Security as the standard; (Exhibit D); 3) Plaintiff's Complaint against Defendants is a recognizable cause of action in multiple discrimination violations under ADA;  U.S.C. § 12111 Subchapter I – EMPLOYMENT, 42 U.S. Code § 12112 – Discrimination. The Second Circuit held that disabled former employees have an ADA cause of action for benefits discrimination, provided the former employee was a "qualified individual" during the term of his employment; 4) Plaintiff's claims in the Complaint against Liberty Mutual do not pertain to a claim for a "single" LTD benefit from the only Policy issued by Liberty Mutual under ERISA; a policy issued for "one" LTD benefit. Instead, Plaintiff's claims are for ongoing discrimination on the basis of her disability; violations of Plaintiff's civil rights under ADA. Therefore, Plaintiff's claims for discrimination violations, is not barred by the doctrines of res judicata and/or collateral estoppel; 5) Plaintiff's claims in the Complaint were brought within the applicable statue of limitations. Accordingly, Plaintiff has a right to sue letter from the EEOC for acts of discrimination under ADA (Exhibit A); and

2

thus, Plaintiff's claims are sufficient to support the relief requested by the Plaintiff. 6) Coca-Cola's Answer to Plaintiff's Complaint is in default for failure to answer within 30 days as required by Georgia law. The Coca-Cola Company continues to operate with disrespect for the law and Plaintiff's disability. Plaintiff is asking the Court to Dismiss The Coca-Cola Company's Motion to Dismiss and Memorandum of Law in Support of Defendant Coca-Cola's Motion to Dismiss, with prejudice.

The basis for this Motion is set forth in Plaintiff's Memorandum of Law and exhibits in Support of Its Motion for Summary Judgment against Defendants Motion to Dismiss Plaintiff's Complaint which is filed with this Motion and incorporated herein by reference.

## REQUEST FOR RELIEF

Finally, Plaintiff seeks relief that will make her whole. Plaintiff seeks compensation for the ongoing egregious abuse on the basis of her disability under O.C.G.A. 23-4-2 (2010) Remedy and GA Code § 34-6A-4 (2020) and under ADA 42 U.S.C. § 12111 Subchapter I – Employment and multiple violations under 42 U.S.C. § 12112 – Discrimination and all other federal and state laws upon which relief may be granted.

3

## CONCLUSION

For the reasons stated above, Plaintiff respectfully requests that this Court grant Plaintiff's Motion for Summary Judgment. Plaintiff request that Coca-Cola be held accountable for ongoing unlawful employment practices and not be allowed to continue to operate above the law to harm qualified individuals with a known disability; and deny Coca-Cola's Motion to Dismiss (in default), with prejudice.

RESPECTFULLY SUBMITTED,

JACQUELINE EVERSON
1530 Locust Log Way
Austell, Georgia  30168
Tel: 770-573-4038

4

## LOCAL RULE 5.1C AND 7.1D CERTIFICATION

Pursuant to Local Rule 5.1C and 7.1D, I certify that this pleading has been prepared with Times New Roman 14 Point, the font and point selections approved by this Court in Local Rule 5.1C.

5