IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 01 2023

KEVIN P WEIMER, Clerk
By: _____ Deputy Clerk

JACQUELINE R. EVERSON,                )
                                      )
                    Plaintiff,        )
                                      )
vs.                                   )
                                      )    Civil Action No.
                                      )    1:23-cv-02947-MLB-CMS
                                      )
THE COCA-COLA COMPANY,                )
                                      )
LIBERTY MUTUAL INSURANCE              )
COMPANY,                              )
                                      )
                    Defendants.       )

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st Day of September, 2023, I filed PLAINTIFF'S Response In Support of Plaintiff's MOTION FOR SUMMARY JUDGMENT in Response to Defendants The Coca-Cola Company and Liberty Mutual Insurance Company's Reply in Support of Motion to Dismiss in this Claim, with the Clerk for The Northern District of Georgia, Atlanta Division. I certify that I have this day served pro se Defendants The Coca-Cola Company and Liberty Mutual Insurance Company in the foregoing matter with a copy of the above said Plaintiff's Response, by causing a copy of same to be deposited in the United States Mail, postage prepaid and addressed as follows:

King & Spalding LLP
c/o The Coca-Cola Company
1180 Peachtree Street, N.E.
Atlanta, GA 30309

Drew, Eckl & Farnham, LLP
c/o Liberty Mutual Insurance Company
303 Peachtree Street NE, Suite 3500
Atlanta, GA 30308

JACQUELINE EVERSON
1530 Locust Log Way
Austell, Georgia 30168
Plaintiff

- 1 -