**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

**OCT 06 2023**

KEVIN P. WEIMER, Clerk
By _____ Deputy Clerk

| | | |
|---|---|---|
| JACQUELINE R. EVERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Civil Action No. |
| | ) | 1:23-cv-02947-MLB-CMS |
| THE COCA-COLA COMPANY, | ) | |
| | ) | |
| LIBERTY MUTUAL INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th Day of October, 2023, I filed PLAINTIFF'S OBJECTION TO

FINAL REPORT AND RECOMMENDATION with the Clerk for The Northern District of

Georgia, Atlanta Division. I certify that I have this day served pro se Defendants, The Coca-Cola

Company and Liberty Mutual Insurance Company in the foregoing matter with a copy of the above

said PLAINTIFF'S OBJECTION TO FINAL REPORT AND RECOMMENDATION, by causing

a copy of same to be deposited in the United States Mail, postage prepaid and addressed as

follows:

King & Spalding, LLP
Darren Shuler
c/o The Coca-Cola Company
1180 Peachtree Street, N.E.
Atlanta, GA 30309

Drew, Eckl & Farnham, LLP
Brian Johnson
c/o Liberty Mutual Insurance Company
303 Peachtree Street, NE
Atlanta, GA 30308

JACQUELINE EVERSON
1530 Locust Log Way
Austell, Georgia 30168
Plaintiff

- 1 -