**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

JACQUELINE R. EVERSON,
          Plaintiff,

vs.

THE COCA-COLA COMPANY,
LIBERTY MUTUAL INSURANCE
COMPANY,
          Defendants.

CIVIL ACTION FILE

NO.  1:23-cv-02947-MLB

**J U D G M E N T**

This action having come before the court, Michael L. Brown, United States District

Judge, for consideration of the magistrate's report and recommendation, and the court

having adopted the same, it is

**Ordered and Adjudged** that the action be **DISMISSED**.

Dated at Atlanta, Georgia this 13th day of March, 2024.

KEVIN P. WEIMER
CLERK OF COURT

By:   s/ K. Gardner
         Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
March 13, 2024
Kevin P. Weimer
Clerk of Court

By:   s/ K. Gardner
         Deputy Clerk