**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 05 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

JACQUELINE R. EVERSON,       )
                             )
        Plaintiff-Appellant, )
                             )
vs.                          )
                             )    Case No. 1:23-CV-02947- MLB
                             )
THE COCA-COLA COMPANY,       )
                             )
LIBERTY MUTUAL INSURANCE     )
COMPANY,                     )
                             )
        Defendants-Appellees.)

## PLAINTIFF'S NOTICE OF APPEAL

Pursuant to Rules 3(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff

Jacqueline R. Everson hereby files this Notice of Appeal on the (Docket 22) Order

issued in this case on March 13, 2024; Adopting the (Docket 16) Report and

Recommendation in full and Dismisses this litigation. Appellant will proceed in the

United States Courts of Appeals for the Eleventh Circuit this 5th day of April, 2024.

                          RESPECTFULLY SUBMITTED,

                          _____
                          JACQUELINE EVERSON
                          1530 Locust Log Way
                          Austell, Georgia  30168
                          Tel: 770-573-4038

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

JACQUELINE R. EVERSON, )
)
        Plaintiff-Appellant, )
)
vs. )
)
)   **Case No. 1:23-CV-02947- MLB**
)
THE COCA-COLA COMPANY, )
)
LIBERTY MUTUAL INSURANCE )
COMPANY, )
        Defendants-Appellees. )

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 05 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

**CERTIFICATE OF SERVICE**

I herby certify that on this <u>5th</u> Day of April, 2024, I filed Plaintiff's Notice of Appeal with the Clerk for The Northern District of Georgia, Atlanta Division. The District Clerk must serve notice of the filing of a notice of appeal by sending a copy to each party's counsel of record pursuant to FRAP 3(d)(1)—to the following defendant(s):

King & Spalding, LLP
Darren A. Shuler
c/o The Coca-Cola Company
1180 Peachtree Street, N.E.
Atlanta, GA 30309

Drew, Eckl & Farnham, LLP
Brian Wade Johnson
c/o Liberty Mutual Insurance Company
303 Peachtree Street, NE, Suite 3500
Atlanta, GA 30308

RESPECTFULLY SUBMITTED,

JACQUELINE EVERSON
1530 Locust Log Way
Austell, Georgia  30168
Tel: 770-573-4038