# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF GEORGIA

**2211 UNITED STATES COURTHOUSE**
**75 TED TURNER DRIVE, SW**
**ATLANTA, GEORGIA 30303-3361**

**KEVIN P. WEIMER**                                                                    DOCKETING SECTION
**DISTRICT COURT EXECUTIVE**                                                    **404-215-1655**
 AND **CLERK OF COURT**

April 5, 2024

Clerk of Court
U.S. Court of Appeals for the Eleventh Circuit
56 Forsyth Street, NW
Atlanta, Georgia 30303

    **U.S.D.C. No.:** **1:23-cv-2947-MLB**
    **U.S.C.A. No.:** **00-00000-00**
    **In re:**    **Jacqueline R. Everson v. The Coca-Cola Company et al**

    Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this letter.

**X**    **Certified copies of the Notice of Appeal, Clerk's Judgment, Opinion & Order and Docket Sheet appealed enclosed.**

____    This is not the first notice of appeal. Other notices were filed on: .

**X**    **There is no transcript.**

____    The court reporter is .

____    There is sealed material as described below: .

____    Other: .

**X**    **USCA Appeal fees HAVE been paid. (Receipt# 100010688)**

____    Appellant has been   leave to proceed *in forma pauperis*.

____    This is a bankruptcy appeal.   The Bankruptcy Judge is .

____    The Magistrate Judge is .

**X**    **The District Judge is Michael L. Brown.**

____    This is a **DEATH PENALTY** appeal.

                                        Sincerely,

                                        Kevin P. Weimer
                                        District Court Executive
                                        and Clerk of Court

                            By:   P. McClam
                                        Deputy Clerk